96193

Ryan Cheatham
Name

Larned State Correctional

1318 KS Highway 264
Address

Larned KS 67550

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Ryan Christopher Cheatham, Plantiff
(Full Name)

v. Warden of Lansing ~~Kansas Department of Corrections~~ Jesse Howes, Defendant(s)

CASE NO. 25-3091-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Ryan Christopher Cheatham, is a citizen of Kansas
   (Plaintiff)                                      (State)

   who presently resides at Larned Correctional Facility 1318 KS Hwy 264. Larned ks 67550.
   (Mailing address or place of confinement.)

2) Defendant Secretary of Corrections Jeff Zmuda is a citizen of
   (Name of first defendant)

   Kansas, and is employed as
   (City, State)

   Secretary of Corrections. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

1

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Correctional officer Barton__ is a citizen of
(Name of second defendant)

__Kansas__, and is employed as
(City, state)

a __Blacksuit correctional officer__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Officer Barton is a Blacksuit / correctional officer

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

___

B. NATURE OF THE CASE

1) Briefly state the background of your case: On March 22, 2025 I wrote the Secretary of Corrections (Jeff Zumde) pursuant to 44-15-106, filing a emergency Grievance on the following incidents. On March 13, 2025, while at Lansing Correctional facility, in cell house A4 cell 122 on 2-10 shift between Hrs 8:00pm–9:30pm, officer Barton and Haog snatched my right arm through the

2

(4.) Defendant, Haog, is a citizen of Kansas and is employed as a Correctional officer / blacksuit. At the time the claims alleged in this complaint arose was this defendant acting under the color of state law? [Yes] officer ~~Benton~~ Haog was a Blacksuit / correctional officer

(5.) Defendant, Darcie Holthaus (M)l Corrections Manager, facility Management. is a citizen of Kansas and is employed as a ~~Correctional Officer~~ Correctional Manager, and facility Management.

food slide, after I stuck my arm out to be un-cuffed. these officers twist my right wrist to the point of breaking and pulled on the free cuff so hard that my fore arm muscle has split, and or twore, leaving two visible knots. and a imprint from the top of the food slide on my arm. After begging to be seen and no one never seen me, they transfered me back to Larned Correctional Facility. Larned correction took pictures and I seen the doctor, (Doctor Ray) who determined I have a injury to my muscle in my forearm, I am awaiting a sonogram appointment to confirm Doctor Rays assessment of my injury. Also prior to being violently pulled through the food slide, officer Barton slams me against the wall for no reason. I would request that video footage be saved from those dates. this use of force was unnecessary as I was complying with being un-cuffed. On 2-22-25 I was placed on crisis level and placed in a cell with another inmate who also was on crisis level, we both had no cloths and the other inmate was a sex offender. I contacted the Prea line, and no one never came to speak to me. On 2-22-25 I also filed a emergency Grievance on the matter of being placed in a cell in A7 235, in which prior to me being moved into this cell, another inmate started a fire and the cell, the cell contained fire ash and fumes, ashes all over the bed and walls. the walls was covered in Ash to the point of being black, and was

www.madisonpaper.com

2

inhumane for any inmate to occupie, However I was placed in this cell. I beg for cleaning supplies for days and didn't receive any, the cell should of been clean before I was placed into the cell, really it was not inhabetable, it should of been power washed. a Captain Thompson ordered staff to clean the cell, and it never was clean. I had trouble breathing and was taking to the clinic where my breathing improved once out of the cell (All documented). eventually I received little cleaning supplies, 1 (Styrofoam) cup of cleaner, and again Captain thompson pop up and seen the conditions of the cell and was upset that it still wasn't clean, ash was every where, walls floor etc. this was inhumane and against my rights. on 2-23-25 I filed a emergency Grievance on the inhumane living conditions at Lansing Correctional at Lansing correctional Facility that was never answered. the facility staff dont pass out cleaning Supplys on a regular routine, the facility is short of staff, the facility staff dont call signal Medicals, such as chest pains or shortness of breath / trouble breathing this is against protocal and is deliberate indifferent to inmates health and safety. All Segregation housing units dont have emergency intercoms in the cell, and the only way to request help is to press a button that causes a light to show on the inmates doors, However no officers respond to these lights coming from the inmates doors immedately, May hrs, or not at all this is a exposure to danger And deliberate indifferent to inmates health & safety.

(3)

On -3-4-25 I filed a emergency Grievance on the matter of not getting yard for a Month. While in cell 235. this is inhumane and against my rights as a human being. All these issue fall under 44-15-106 Emergency Grievance, as these issue could cause or did cause Injury and need immediate action However my efforts to exhaust my administrative Remedys were tharwated by Grievances not answered, as well as the emergency Grievance addressed to the Secretary of Corrections being Intercepted by Darcie Holthaus who did nothing on the Matters and sent the desposition of the emergency Grievance to Larned Correctional Staff for there input which this facility had nothing to do with nothing, please Note the emergency grievances deposition was returned to me on 5-6-25 by unit team porkorski.

The Wardens Job is to make sure the prison is operable Supervisor liability should attach as to the A cell house (segregation units was built with no Intercoms. and the facility being short of staff, and failure to train supordinates.

(4)

LSF

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

March 28, 2025

TO:   Cheatham, Ryan 0096193

  Larned Correctional Facility

RE:   Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

document Returned
to inmate on 5-6-25
[initials]

cc:   Warden Easley
  w/attachments
Image:  SOCRESP
  w/attachments

RECEIVED

MAR 27 2025

DOC Facility Management Area

To Secretary of Correction     March 22-2025

I am writing this Emergency Grievance / correspondence, due to the fact on March 13, 2025, while at Lansing Correctional Facility, in cell house A4 cell J122, on 2-10 shift between Hrs 8:00-9:30 officer Barton and Haos snatched my right arm through the food slide, after I stuck my arm out to be un-cuffed. these officers twist my right wrist to the point of breaking and pulled on the free cuff so Hard, I now on this 22 day of March have Still a knot in my forearm and imprint from the top of food slide on my arm. they Never took pictures, Nor seen me after I beg for Medical attention. However I was transfered back to Larned Correctional and pictures was taking, this was a Unecessary use of force. I will be filing a suit and I want Action taking by this department

Respectfully    I want Compensation and
Submitted      Prison Setence Concluded.

1 of 3

March 22-2025

To the Secretary of Corrections

I was transfered to Lansing Correctional Facility in which the following events transpired. I filed the following emergency grievances while At Lansing Correctional that was Never responded to. On 2-22-25 I was placed on Crisis level and placed in a cell with another inmate who also was on Crisis level, we both had no cloths and the other inmate was a Sex offender. I contacted the Prea line, and No one never came to speak to me. this is against the law, and action by you all needs to be taken. On 2-22-25 I also filed a emergency Grievance on the matter of being placed in a cell in A-7 235, in which prior to me being moved into this cell, another inmate started a fire and the cell contained fire ash, and fumes, and was inhumane for any inmate to occupie, However I was placed in the cell. I beg for cleaning supplies for days and didn't get none, the cell should of been clean before I was placed into the cell, a Captain Thompson order staff to clean the cell, and it wasn't, I had trouble breathing and was taking to the Clinic where my breathing improved once out and away from the cell, All documented.

2 of 2

C) (1) Count III: __Violating the Eighth Amendment__

(2) Supporting Facts: __See Attached.__

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit: __Andrew Depek__
        Plaintiffs: __Ryan Cheatham__
        Defendants: __Andrew Depek__

    b) Name of court and docket number __2:03132__

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Still pending.__

    d) Issues raised __Deliberate Indifference, violation of 14th amendment, cruel + unusual punishment.__

4

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: violation of the Cruel + unusual punishment clause inhumane living conditions unnecessary use of force.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

B) (1) Count II: deliberate indifference exposure to danger to inmates Health and Safety

(2) Supporting Facts: (See Attached)

3

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit __6-22 2025__

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

See Attached Emergency Grivances Note was retuned to me on 5-6-25.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: due to on going Cruel and unusual punishments and Injurys I would ask for 25 million dollars. (optional) and for sentence computation to conclude for defendants. my sentence. for violation of my constitutional Rights under the united States Constitution

please Note plaintiff is speaking with a Lelia from Ben Crumps office we are awaiting sonogram results I would ask to forward this to her and or leave open for there Representation, 1800-710-3555 Lelia 354

_____ Signature of Attorney (if any)     _____ Signature of Plaintiff

702-529-0851.

(Attorney's full address and telephone number)

NOTARY PUBLIC - State of Kansas
SHAWN POKORSKI
My Appt Expires 7/14/28

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983         5