IN THE UNIted states District Court
FoR THE DIStrict of kansas

Ryan Cheatham
            Plaintiff
        V.

Case # 5:25-cv-03091
- JWL- Cheatham

Warden Jesse Howes
            Defendants

MOTION FOR Permission and or
Futher Instructions to file Amended
complaint despite grievance Not being
Returned at level 1.

Comes now Plaintiff and respectfully request
either permission to file Amended complaint or
Futher instructions as to Filing Amended complaint
as plaintiff's normal grievance level 1, has not
been answered or returned to plaintiff. IN support
plaintiff proffers;

(1) plaintiff is attempting to follow the requirement
        by the PLRA, that requires a prisoner to exhaust
    administrative Remedies before filing a 1983 suit.

(1)

(2.) Plaintiff Filed a emergency grievance regarding conditions of Confinement and use of Force on March 22.2025.

(3.) Contrary to the evidence Supporting the use of the emergency grievance, which Plaintiff indicated multiple concerns that could of and did result in Personal injury (use of Force) issue, Darcie Holthaus CMII Corrections Manager / Facility Management, determined the Emergency grievance wasn't proper.

(4.) The Emergency Grievance wasn't returned to plaintiff until 5-6-25. See Attached documentation, (stickey note from penny Riedal to Shawn porkorski, stating that If Mr. Cheatham wants to file A grievance Against Lansing - He can (fill out A paper grievance which my office will Forward.) 05-6-25.

(5.) Plaintiff has not received any Notice or updates as to the response to that grievance that was filed on 5-9-25 See Attached grievance receipt.

(6.) Accordingly this facility was Forwarded a copy of the emergency grievance by Darcie Holthaus, and Now Larned is Claiming to have Forward my normal grievance to Lansing, plaintiff is being given the run around and his grievances are going unanswered and un responded to. Please See Attachment Exhibit A

(2.)

Therefore plaintiff moves this court for permission to file amended complaint as plaintiff's attempts to exhaust his administrative Remedies are being thrawted. or futher instructions.

Respectfully
Submitted

(3.)