IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RYAN CHRISTOPHER CHEATHAM,

    **Plaintiff,**

    v.                                      CASE NO. 25-3091-JWL

JESSE HOWES, et al.,

    **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. Although Plaintiff is currently in custody at the Larned State Correctional Facility in Larned, Kansas, his claims are based on his incarceration at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). On June 27, 2025, the Court entered a Memorandum and Order to Show Cause (Doc. 7) ("MOSC") granting Plaintiff until July 28, 2025, in which to show good cause why some of his claims should not be dismissed, or to submit an amended complaint to cure the deficiencies. The Court also found that Plaintiff's excessive force claim based on an incident at LCF on March 13, 2025, was not subject to dismissal. (Doc. 7, at 7.) This matter is before the Court on Plaintiff's: "Motion to Seize or Order Emergency Production of Video Footage from March 13, 2025 Lansing Incident Involving Use of Force" (Doc. 10); Second Motion to Appoint Counsel (Doc. 11); and Motion for Extension of Time (Doc. 12).

Plaintiff's motion regarding the video footage expresses concern that the footage will not be retained, and states that the footage is critical to his excessive force claim. (Doc. 10.) Plaintiff alleges that Security informed him that the video is only retained for six months. The Court will grant Plaintiff's motion to the extent that the Court will direct the Clerk to provide a

copy of this Memorandum and Order to Warden Howes and to counsel for the Kansas Department of Corrections. Any video footage of the March 13, 2025 incident at LCF should be retained for potential future production.

Plaintiff has filed a second motion to appoint counsel, arguing that he does not currently have wifi to connect to the law library on his tablet. (Doc. 11.) The Court denies the current motion for the same reasons set forth in the Court's Memorandum and Order denying his first motion to appoint counsel. *See* Doc. 7, at 22–23. The Court denies the motion without prejudice.

Plaintiff has filed a motion seeking an extension of time to submit an amended complaint. (Doc. 12.) Plaintiff alleges that he is waiting on a response to his grievance regarding the alleged use of force. *Id*. at 1–2. The Court will grant Plaintiff an extension of time to submit his amended complaint.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's "Motion to Seize or Order Emergency Production of Video Footage from March 13, 2025 Lansing Incident Involving Use of Force" (Docs. 10) is **granted** to the extent that the Court directs the Clerk to provide a copy of this Memorandum and Order to Warden Howes and to counsel for the Kansas Department of Corrections. Any video footage of the March 13, 2025 incident at LCF should be retained for potential future production.

**IT IS FURTHER ORDERED** that Plaintiff's Second Motion to Appoint Counsel (Doc. 11) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 12) is **granted**. The deadline for Plaintiff to respond to the Court's MOSC at Doc. 7 and to submit an amended complaint is extended to **August 11, 2025.**

**IT IS SO ORDERED**.

**Dated July 16, 2025, in Kansas City, Kansas.**

                                        **S/ John W. Lungstrum**
                                        **JOHN W. LUNGSTRUM**
                                        **UNITED STATES DISTRICT JUDGE**