IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Kansas.

Ryan Cheatham
    Plaintiff             Case No. 25 3091-JWL
   V.
Jesse, Howes et al

Motion For Court to take Notice on level 2 grievance forwarded to Lansing And possible additional time Extention to file amended complaint.

Comes now Ryan Cheatham Plaintiff and respectfully Request this court take Notice of attachment) Plaintiff ask Penny Riedal when was level 2 Grievance Sent to Lansing, She provides a date showing 7-18-25. Plaintiff still has to follow up with the Secretary of Corrections For final admin exhaust, Plaintiff appreciates the previous Extention and will leave it up to courts to decide if plaintiff should be giving additional time to receive answer from Lansing warden, and Secretary of Corrections. Faxing final despositions would Help plaintiff in this Matter. Plaintiff would ask the courts to excersise any power to facility the process of faxing there responses. Respectfully submitted