(3.) Plaintiff's Legal mail is being held on to as tactical advantages for the defendants.

(4.) Plaintiff Request Relief from the courts/ 10th Circuit.

(5.) Plaintiff Request to order directives/ a Restraining orders on All Mentioned defendants.

— Conclusion —

Plaintiff Has Merit to all claims And more, Plaintiff needs a private Investigator and or Lawyer to stop the acts that continue to occur to keep plaintiff from effectively Litigating his cases, Kansas department of Corrections is a business that consist of co-workers, Family and friends who continue to abuse their authority and positions to retaliate against My efforts to expose the violations of My constitutional rights to deny Me assistance after all pointed out evidence, is ultimately aiding these continued Acts, I've been told oh well May consider appointment of counsel after Summary Judgment rulings, that current Judge in 22:3132 facilitated a maneuver for defendants to win Summary Judgment, All of this is a Joke, and theres no real Justice everyones playing there part, I Ask the Higher courts to grant plaintiff relief. Respectfully submitted

(3.)