Ryan Christopher Cheatham
Name

Eldorado Correctional Facility
P.O Box 311 Eldorado KS 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Ryan christopher Cheatham, Plaintiff
(Full Name)

v.

Correctional officer Barton, Defendant(s)

CASE NO. 25-3091-JWL
(To be supplied by the Clerk)

SECOND AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Ryan Cheatham, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Eldorado Correctional Facility P.O Box 311
   Eldorado KS
   (Mailing address or place of confinement.)

2) Defendant Correctional officer Haog is a citizen of
   (Name of first defendant)

   City unknown, Kansas, and is employed as
   (City, State)

   Sort correctional officer. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   officer Haog is a Sort Correctional
   officer for Lansing Correctional

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Warden Easley__ is a citizen of
(Name of second defendant)

__Larned Kansas__, and is employed as
(City, state)

__the Warden of Larned Correctional__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

__Easley is the warden for Larned Correctional__

(Use the additional pages to furnish the above information for additional defendants.)
( See Attached for Additional defendants. )

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

B. NATURE OF THE CASE

1) Briefly state the background of your case: On March 13, 2025 while at Lansing Correctional facility in cell house A4 cell 122 on 2-10 shift between Hrs 8:00pm - 9:45 pm. Officer Barton and Hoag snatched my right arm through the food slide, after I stuck my arm out to be un-cuffed. These officers twist my right wrist to the point of breaking. ~~Blood~~

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

2

and pulled on the free cuff so hard that my forearm muscle (right) has split and or tworn, a deformity is present now. leaving two visible knots, and a imprint from the top of the food slide on my right arm. After begging to be seen to (officer Wayne) and submitt sick-calls, no one never came to see me, they transfered me back to Larned Correctional Facility. Larned Correctional staff officer heller took photo's of my swollen forearm with deformity. Doctor Ray who I seen once at Larned Correctional determined I had a injury, I'am now awaiting a MRI, to confirm Doctor Rays assesment. On the same above mentioned date Officer Barton slams me against the wall for no reason. I would ask this court Secure the Footage from this date, also Inmate Tagger Lee was involved in the incident and can verify what these officers did that day to me, He was wrote a DR on this date, and Seen everything this use of Force was unnecessary, as I was complying with being uncuffed.

(3)

On July 4th 2025. Warden Easley, major Graham and Captain Bieberle, ordered and or approved a "use of Force" on me. While having my hands in the air in a submissive position; officer Cobb ordered the deployment of pepperball projectiles. Officer Hopkins and officer Ford was the two officers actively shooting the projectiles. I was facing opposite of the two officers shooting with my back facing them and hands up. I sustain injury to my back and to the back of my head. I was bleeding and bruised. Officers who dis-agreed with the amount of force used stated there was over 100 shots. The officers stated once my hands was up, I should of been told to step to the ~~bean~~ Bean port to be cuffed up, or told to get down on the ground. Instead officers followed directives to cause harm and pain, rather then to restore order. I also was told by other officers, these officer could of use other options as to force, there wasn't active violence nor did I have any weapons in my hands at the time, the shots started. This was an excessive use of force in Lansing and Larned, and a cruel and unusual punishment. and also a equal laws protection violation, deliberate indifference violating the eighth amendment.

(4)

(4.) Defendant. Captain Bieberle is a Citizen of (unknown) Kansas and is employed as the Captain at Larned Correctional Facility. At the time the Claims alleged in this Complaint arose was this defendant acting under the color of State law [yes] Captain Bieberle is a Captain for Larned Correctional Facility.

(5.) CoDefendant Major Graham is a Citizen of (unknown) Kansas and is employed as the Major for Larned Correctional Facility. At the time the Claims alleged in this Complaint arose was this defendant acting under the color of State law [yes] Major Graham is the Major for Larned Correctional Facility.

(6.) Defendant. Correctional officer Cobb, is a Citizen of (unknown). Kansas and is employed as the Correctional officer, and who was leading /commanding the officers to shoot on July 4th 2025 at Larned correctional facility.

(7.) Defendant Correctional officer Hopkins, is a Citizen of (unknown). Kansas and is employed as the Correctional officer, and who was leading as one of the active shooters on July 4 2025 at Larned correctional facility.

(1.)

(8.) Defendant, Correctional officer Ford, is a Citizen of (unknown) kansas and is employed as a Correctional officer at the Larned Correctional Facility. At the time of claims alleged in this Complaint arose was the defendant acting under the color of state law [yes]. officer ford was a active Shooter at the Larned Correctional Facility on July 4 202

(9.) Defendant, Correctional officer Wayne, is a citizen of (unknown) kansas and is employed as a Correctional officer at the Lansing Correctional Facility. At the time of claims alleged in this Complaint arose was the defendants acting under the color state law [yes] officer wayne is a active Sargent at Lansing Correctional Facility. during March 2024.

(2.)

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>Eighth Amendment Violation, Prohibition against "Cruel and unusual punishments."</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

( See Attached )

B) (1) Count II: <u>Deliberate Indifference, Eighth amendment Violation, unnecessary and wanton infliction of pain.</u>

(2) Supporting Facts: See Attached papers,

C) (1) Count III: __Equal laws protection Violation__

(2) Supporting Facts: __(See Attached.)__

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: __Cheatham V. Dedeke__

        Defendants: __Dedeke, Wardrop, Beck.__

    b) Name of court and docket number __22:3132__

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

    d) Issues raised __Deliberate Indifference__

e) Approximate date of filing lawsuit  June of 2022

f) Approximate date of disposition  Pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I escalated a emergency Grievance into a normal as instructed, (See Attached) and followed process up to Secretary of Corrections See Exhibit F.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: For excessive use of forces / unnecessary use of force. And cruel and unusual punishments I believe I Should receive 1.5 Million for pain + suffering, emotional and Mental distress, punitive damages. And whatever else courts deem just.

_____   _____
Signature of Attorney (if any)        Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                    5