714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Jeff Zmuda, Secretary

*FOR Shawn*

*If Mr Cheatham wants to file A grievance Against Lansing - He can fill out A paper grievance which my office will forward. Thanks 05-6-25 Penny*

March 28, 2025

TO:     Cheatham, Ryan 0096193

        Larned Correctional Facility

RE:     Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

*document Returned to inmate on 5-6-25*

cc:     Warden Easley
        w/attachments
Image:  SOCRESP
        w/attachments

*Exhibit A.*