Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Exhibit B.

Cheatham
_____
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

96193
_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Mrs. Riedel / Unit team Graham .
(Name and Title of Officer or Department)

Date: 6-29-25 .

State completely but briefly the problem on which you desire assistance. (Be specific.)

On 5-6-25, Ms Penny Riedal provided a response to my emergency Grievance filed on 3-22-25, to the Secretary of Corrections on the matter of a use of force against office Barton and officer Haag, while at the Lansing correctional Facility. Penny Riedal also told me to file a paper grievance which I did on 5-9-25. Has ever no response. Where is my grievance. Its been more then 10 days

Work Assignment: _____   Living Unit Assignment: E-15-
Comment: _____   Detail or C.H. Officer: COII Panning

Disposition: _____

To: _____   Date: 07-03-25
(Name & Number)

Disposition: As I discussed with you - my office did not Receive Any grievance from you for LCF. It will be searched for And I'll let you know if it is found by Anyone, in Addition to checking with Case Mgt Staff.

Riedel
Employee's Signature

Exhibit "B"

To be returned to inmate.

P-0009