level 2. Grievance on kansing use of force, told to file out by Larned penny,

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  Ryan Cheatham          Number  96193
Receiving Staff Signature  COI Nowll    Date  5-9-25

**Effective Date (3-18-96) P-157**

Exhibit "C"