INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____
        (Name and Title of Officer or Department)

_____          **To be retained by inmate**
Unit Team, Detail, or Cellhouse Officer's Signature

**Form 9**
For Cellhouse Transfer    Exhibit "D"        Cheatham
Work Assignment                              _____
Interview Requests                           Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS             96193
                                             _____
INMATE REQUEST TO STAFF MEMBER               Number

To: MS Penny Riedal          Date: 7-1-25
    (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Is there any way to get with Warden Easley on a final desposition of use of Force Grievance with Lansing since there beyond deadline to respon d. I have until 7-28-25 with courts Thanks

Work Assignment: _____    Living Unit Assignment: E-15

Comment: _____    Detail or C.H. Officer: _____

Disposition:

To: _____    Date: 7-2-25
    (Name & Number)

Disposition: You would need to send anything to LCF since it involves that facility

Riedel  Exhibit "D"
Employee's Signature            **To be returned to inmate.**

P-0009