# EXIBIT F

level 3 grievance was sent via mail to Secretary of Corrections (use of force July 4, 2021 Larned.

**INMATE REQUEST TO STAFF MEMBER**

To: Secretary of Corrections
(Name and Title of Officer or Department)

Date: 7-29-25

C of Quint Kaull
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

---

level 3 grievance forward to Secretary of Corrections against Lansing officer Barton and Hoag, March 13, 2025 incident use of force. Forearm injury.

**INMATE REQUEST TO STAFF MEMBER**

To: Secretary of Corrections
(Name and Title of Officer or Department)

Date: July 28, 2025

Co" Bochy
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate