IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RYAN CHRISTOPHER CHEATHAM,**

    **Plaintiff,**

    v.                                       **CASE NO. 25-3091-JWL**

**JESSE HOWES, et al.,**

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. On October 27, 2025, the Court entered a Memorandum and Order (Doc. 36) dismissing without prejudice Plaintiff's claims against the Larned State Correctional Facility defendants and ordering a *Martinez* Report for Plaintiff's remaining claims against Defendants Barton and Hoag—Correctional Officers at the Lansing Correctional Facility. The Memorandum and Order provides that "[n]o motion addressed to the SAC shall be filed until the Court has reviewed the *Martinez* Report and entered an order screening the SAC." (Doc. 36, at 8.) Despite the Court's order, Plaintiff has filed a "Motion to Seize or Order Emergency Production of Pictures tak[en] of Plaintiff's Forearm by Correctional Officer Heller at the Larned State Correctional Facility" (Doc. 39). Plaintiff alleges that he was unable to take pictures at the Lansing Correctional Facility.

The Court's Memorandum and Order states that "[a]ny recordings related to Plaintiff's claims shall also be included" in the *Martinez* Report. (Doc. 36, at 8.) Therefore, the report will include any videos or photographs related to Plaintiff's claims. Plaintiff's motion is denied. As ordered in the Memorandum and Order, Plaintiff should refrain from filing any further motions until the Court has reviewed the *Martinez* Report and entered an order screening Plaintiff's Second Amended Complaint.

2

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion (Doc. 39) is denied.

**IT IS SO ORDERED**.

**Dated December 1, 2025, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

Case 5:25-cv-03091-JWL   Document 40   Filed 12/01/25   Page 2 of 2