# EXHIBIT 2

# Medical Records of Ryan Christopher Cheatham, #2000064842

**PROVISSIONALLY SEALED**