RECEIVED

MAR 27 2025

DOC Facility Management Area

To Secretary of Correction     March 22-2025

I am writing this Emergency Grievance / correspondence, due to the fact on March 13, 2025, while at Lansing Correctional Facility, in cell house A4 cell 122, on 2-10 shift between Hrs 8:00-9:30 officer Barton and Haos snatched My right arm through the food slide, after I stuck My arm out to be un-cuffed. these officers twist My right wrist to the point of breaking and pulled on the free cuff so Hard, I now on this 22 day of March have still a knot in My forearm and imprint from the top of Food slide on My arm. they Never took pictures, Nor seen Me after I beg for Medical attention. However I was transferred back to Larned Correctional and pictures was taking, this was a Unecessary use of force. I will be filing a Suit and I want Action taking by this department

Respectfully Submitted     I want Compensation and Prison Sentence Concluded.

1 of 1     Exhibit 3

March 22-2025

# To the Secretary of Corrections

I was transfered to Lansing Correctional Facility in which the following events transpired. I filed the following emergency grievances while At Lansing Correctional that was Never responded to. On 2-22-25 I was placed on Crisis level and placed in a cell with another inmate who also was on Crisis level, we both had No cloths and the other inmate was a Sex offender, I Contacted the Prea line, and No one Never came to speak to Me, this is against the law, and action by you all needs to be taken. On 2-22-25 I also filed a emergency Grievance on the Matter of being placed in a cell in A-7 235, in which prior to Me being Moved Into this Cell, another inmate started a fire and the cell Contained fire ash, and fumes, and was inhumane for any inmate to occupie, However I was placed in the cell. I beg for Cleaning Supplies for days and didn't get none, the cell should of been Clean before I was Placed Into the cell. a Captain Thompson order Staff to clean the cell, and it wasn't, I had trouble breathing and was taking to the Clinic where My breathing improved once out and away from the cell, All documented

Exhibit 3

(1) of 3

eventually I received little Cleaning Supply
and Captain thompson pop up and seen the
Condition of the Cell and was upset that it still
wesn't clean, ash was everywhere. walls floor
etc. this was inhumane and against my rights
Action needs to be taken. On 2-23-25, I filed
a emergency Grievance on the inhumane Living
Conditions at Lansing correctional facility that was Never
answered. the facility staff don't pass out cleaning
Supplys on a regular routine, the facility is short
of staff, the facility staff don't call signal medical
calls, such as chest pains, of shortness / trouble
breathing when a inmate makes ideations of such.
the cell houses such as A, are exposing inmates to
a substantial Health risk, by not having intercoms
inside the cells, if a inmate has a medical emergency,
the inmate has to ~~rather or~~ rely on a light flashing
after pressing a button inside the cell, in which staff
Can be seen on Camera not responding to Any lights
flashing from cell doors, for Hrs, sometimes Not
at all, this is deliberate indifference. Action needs
to be taking, last I was housed in A-7 cell house
and on 3-4-25. I filed a emergency Grievance on
the matter of not getting yard for a month. Cell
235, this is inhumane and against my rights
Action needs to be taking

Exhibit 3

(2) of 3

With all these violations of my rights and others, I plan of filing a civil suit and bringing all this to light, the fact yall transfered me to Lansing correctional, knowing a victim in my murder case testified on me, husband was there, yeah, I want compensated and my prison sentence concluded, I am going to expose this corruption going on from Larned to Lansing, and yall aint doing nothing, get with who yall need to and make it heppin, I want compensated and my prison sentence concluded.

Respectfully
Submitte

P.S. I will be contacting Sherman Smith with the kansas reflector newspaper with all info.

Exhibit 3

3 of 3



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary                                                                 Laura Kelly, Governor

March 28, 2025

TO:     Cheatham, Ryan 0096193

        Larned Correctional Facility

RE:     Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management


cc:     Warden Easley
        w/attachments
Image:  SOCRESP
        w/attachments


**Exhibit 3**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Cheatham
_____
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

96193
_____
Number

### INMATE REQUEST TO STAFF MEMBER

To: Secretary of Corrections          Date: July 28-2025-
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

this is my receipt showing @ I moved forward
with level 3 grievence to you all as instructed by
Courts to DOC involving a incident on March 13.2025
use of force, officer Barton & Hogg., No other
attempts to exhaust have been returned to me.

Work Assignment: _____     Living Unit Assignment: E-20.

Comment: _____     Detail or C.H. Officer: Co " Bochy

Disposition: _____

_____

_____

_____

To: _____     Date: _____
(Name & Number)

Disposition: _____

_____

_____

_____

_____
Employee's Signature                    **To be returned to inmate.**

P-0009

**Exhibit 3**

Level 3 Grievance invasling March 13, 2025, incident at Lansing Correction

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name **Ryan Cheatham**     Number **96193**

Facility **Laurel Correction**     Housing Unit **E-20**     Work Detail **Lay-in**

To the Secretary of Corrections.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I am moving forward as instructed by the courts to do, as lansing facility not returning my level 2. grievance concerning march 13, 2025 incident. my arm was violently pulled through the bean whole by officer barton and Hoag. I received a MRI and karred has the results. I am Exhausting my administrative remedies. by submitting this last step grievance. I want to be compensated for what the did. open to talk about amount.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

All previous Attempts to Exhust have not been returned I am moving to the third step.

_____
Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____
Inmate Signature          Date

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

_____          _____
Inmate's Signature          Date     Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____          **Exhibit 3**

Type of Response (Item 6a: Code 01,02,08 or 09) _____



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

# Kansas
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

## MEMORANDUM

DATE:       August 6, 2025

TO:         Warden Easley
            Larned State Correctional Facility

FROM:       Darcie Holthaus CMII
            Corrections Manager- Facility Management

SUBJ:       0096193 Cheatham, Ryan
            Attached grievance

We received the attached grievance appeal form from the above noted inmate. We noted that there is no evidence that the inmate has sought assistance from staff at the facility regarding this complaint.

In compliance with K.A.R. 44-15-102 (c) (4), we are forwarding this to you for response to the inmate.  On this date, we advised the inmate of our action regarding this complaint. This is the second time you have sent this in as an emergency grievance, it does not meet the requirements for an emergency grievance. You have not utilized the policy correctly, you have not exhausted.

Thank you for your assistance with this matter.

Enclosure-original grievance report form.

Image:  SOCRESP
        w/attachments

**Exhibit 3**

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name Ryan Cheatham    Number 96193

Facility Larned    Housing Unit Cou 5/E-18    Work Detail Lay-in
maybe Hospitally.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Mr. Easley. I was instructed by the Federal courts, to move to the next step concerning a use of force in Lansing involving officer Barton and officer Hoag. On 3-13-25 in A4 cell house, around 9:00pm - 10:00pm, the officers pulled my free cuff through the trap port so hard I have a deformity in my forearm. Please see attached instructions from courts. Is there any way to get with Lansing warden Howes and secretary of corrections, As a deadline to file Amended complaint is July 28, 2025. thanks. P.S office Lee also should know about incident

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____    _____
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____    _____
Inmate Signature    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received AUG 0 5 2025    Date of Final Answer 080825    Date Returned to Inmate _____

_____    _____    _____    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number    AA 2026·016

Type of Complaint (Item 4: Code 01-75)    54

Cause of Complaint (Item 5: Code 01-30)    01

Type of Response (Item 6a: Code 01,02,08 or 09)    02

Exhibit 3

Mr. Easley, on March 13. 2025
I was injuyed by two Black suits
in Lansing, I filed a emergency grievance
and a Darcie Holthaus CMII answered
it stating she was going to forward the
grievance to you, Please see Attached,
or Please come to GOU and I can show
you everything in Black and white.
On 5-6-25 Penny Riedal provided
Shawn porkoski a correspondence saying
if I wanted to file a normal grievance
on lansing, she would forwarded it,
I folowed those instructions, and
MS riedal states Lansing nor Her self
has my level 1 grievance filed 5-9-25,
I have a copy of the receipt, Now
MS Riedal is saying do the Samething I
Just did and got no response, Sir
If you Could get with warden Howes
So we can resolve this, And also
Secretary of Corrections. I have until
7-28-25 to file a proper Complaint.

Thank       Respectfully.
              Submitte  Sent to LCF
                         7-18-25

**Exhibit 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RYAN CHRISTOPHER CHEATHAM,

        Plaintiff,

        v.                       CASE NO. 25-3091-JWL

JESSE HOWES, et al.,

        Defendants.

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. Although Plaintiff is currently in custody at the Larned State Correctional Facility in Larned, Kansas ("LSCF"), his claims are based on his incarceration at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). On June 27, 2025, the Court entered a Memorandum and Order to Show Cause (Doc. 6) ("MOSC") granting Plaintiff until July 28, 2025, in which to show good cause why some of his claims should not be dismissed, or to submit an amended complaint to cure the deficiencies. This matter is before the Court on Plaintiff's "Motion for Permission and or Further Instructions to File Amended Complaint Despite Grievance not being Returned at Level 1" (Doc. 8).

Plaintiff alleges that he is attempting to comply with the exhaustion requirement "that requires a prisoner to exhaust administrative remedies before filing a 1983 suit." (Doc. 8, at 1.) Plaintiff alleges that he filed an emergency grievance on March 22, 2025, that was later determined not to qualify as an emergency grievance. He claims that the emergency grievance was not returned to him until May 6, 2025, and he has not received any notice or updates as to the response to that grievance that was filed on May 9, 2025. *Id.* at 2. Plaintiff claims that his grievance was forwarded to LSCF, and then forwarded to LCF. *Id.* Plaintiff alleges that he is

1

**Exhibit 3**

being given "the run around" and his grievances are going unanswered and without a response. *Id.* Plaintiff attaches his receipt for a grievance filed on May 9, 2025, and directed to LCF. (Doc. 8–1, at 2.)

Plaintiff seeks permission to file an amended complaint because his attempts to exhaust his administrative remedies are being thwarted. (Doc. 8, at 3.) Plaintiff also seeks "further instructions." *Id.* A proposed amended complaint—which must be on a Court-approved form—must be attached to a motion to amend. *See* D. Kan. Rule 9.1(a)(3) ("civil rights complaints by prisoners under 42 U.S.C. § 1983 . . . must be on forms approved by the court"); D. Kan. Rule 15.1(a)(2) ("[a] party filing a motion to amend . . . must: . . . (2) attach the proposed pleading or other document. . ."). Plaintiff has not submitted a proposed amended complaint.

Plaintiff also seeks instructions from the Court on the procedures for exhausting his administrative remedies. The Court cannot give Plaintiff legal advice. However, the Court did note in the MOSC that it appears that Plaintiff did not fully exhaust his administrative remedies prior to filing this case on May 12, 2025. Plaintiff seems to acknowledge this in his motion, where he seeks instructions on how to finish exhausting. The MOSC also cited the Kansas regulations providing that if an inmate does not receive a response to a grievance, they "may move to the next stage of the grievance procedure if a timely response is not received at any step in the grievance process." Doc. 7, at 20 (citing K.A.R. 44-15-101b).

Plaintiff's motion seeks permission to file an amended complaint, but fails to include a proposed amended complaint. Furthermore, Plaintiff does not need permission to file an amended complaint, because the Court's MOSC grants him until July 28, 2025, in which to submit an amended complaint. Therefore, the Court denies Plaintiff's motion at Doc. 8.

**Exhibit 3**

Plaintiff should keep in mind the deficiencies noted in the MOSC when submitting an amended complaint by the Court's deadline.  Plaintiff should also use the Court-approved form that was provided to him with the Court's MOSC.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's "Motion for Permission and or Further Instructions to File Amended Complaint Despite Grievance not being Returned at Level 1" (Doc. 8) is **denied.**

IT IS SO ORDERED.

Dated July 7, 2025, in Kansas City, Kansas.

<u>S/  John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

3

**Exhibit 3**

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Jeff Zmuda, Secretary

*[handwritten: FOR Shawn]*

*[handwritten: If Mr Cheatham wants to file A grievance Against Lansing – He Can fill out A paper grievance which my office will forward. Thanks Penny 05-6-25]*

March 28, 2025

TO:    Cheatham, Ryan 0096193

       Larned Correctional Facility

RE:    Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

*[handwritten: document Returned to inmate on 5-6-25]*

cc:    Warden Easley
       w/attachments
Image: SOCRESP
       w/attachments

*[handwritten: Exhibit A.]*

**Exhibit 3**

INMATE REQUEST TO STAFF MEMBER

To: _____                          Date: _____

_____(Name and Title of Officer or Department)_____

_____

_____Unit Team, Detail, or Cellhouse Officer's Signature_____

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Cheatham

_____Last Name Only_____

**KANSAS DEPARTMENT OF CORRECTIONS**

96193

_____Number_____

INMATE REQUEST TO STAFF MEMBER

To: MS Penny Riedal                          Date: 7-1-25
_____(Name and Title of Officer or Department)_____
State completely but briefly the problem on which you desire assistance. (Be specific.)

is there any way to get with warden Easley
on a final Desposition of use of Force Grieverce
with Lansihe since there beyond deadline to
tespon d. I have Until 7-28-25 - with courts
thenics

Work Assignment: _____     Living Unit Assignment: E-15

Comment: _____     Detail or C.H. Officer: _____

Disposition: _____

_____

_____

To: _____          Date: 7-2-25
_____(Name & Number)_____

Disposition: You would need to Send Anything to LCF Since
it involves that facility

_____

_____

_____
Employee's Signature

P-0009

**To be returned to inmate**     Exhibit 3

Level 1 Grievance on Cushing use of force, TO TC TS FIC out TW (signed penny)

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Ryan Chestnut

Receiving Staff Signature CGL Tearm

Number 96173

Date 5-9-25

**Effective Date (3-18-96) P-157**

**Exhibit 3**





P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

**Kansas**
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

**TO:**    Cheatham, Ryan 0096193 LCMHF

**From:**  Geither, Gloria Deputy Secretary KDOC

**Date:**  August 8, 2025

**Re:** Grievance number:  A 2026-016

**Findings of fact:** You have escalated to grievance a complaint that on 03/13/25 CO Barton and CO Hoag pulled your free cuff through the food port of an unspecified cell between 0800-1000 pm.  This grievance was received by LCF on 08/05/25.
The documentation you provided shows you filed this complaint initially as an emergency grievance directly to central office.  You did not provide a copy of the emergency grievance.  The central office response dated 04/28/25 refused it as an emergency grievance and stated it was being forwarded to LCMHF, your assigned facility at the time.  You have provided a copy of a receipt for documentation signed by an unknown person (not legible) dated 05/09/25. Because it appears you did attempt to address this issue within the required guidelines by sending the emergency grievance directly to central office in March of 26, your grievance will be accepted.

**Conclusions Made:** Based on additional context, your concern involves allegations of staff misconduct. This administration treats all such allegations with the utmost seriousness and conducts a thorough and individual review of each accusation. Please be assured that these allegations will be investigated appropriately. If any corrective action is deemed necessary as a result of the investigation, please note that the specifics of such action cannot be discussed with you. The appropriate administrator has been informed of this matter.

**Action Taken:** Your complaint will be investigated.

*If this response is not satisfactory, you may appeal by submitting the appropriate appeal form, available from your Unit Team to the secretary of corrections.  You must indicate on the appeal form exactly what you are displeased with and what action you believe the secretary of corrections should take.  The appeal must be made withing three calendar days of receipt of this response, or within three calendar days of the deadline for this decision, whichever is earlier.*

**Exhibit 3**