To, the United States department
of Justice, American Civil liberties union (New York)
Kansas Attorney General, NAACP Topeka KS
Kansas Governor Laura Kelly.    4-24-25.

My name is Ryan Cheatham and I am
writing this letter to shed light on the
Corruption going on inside the Correctional
Department, K.D.O.C. and Leavenworth
County Jail, as well inside the Kansas
District Federal Courtroom, residing Judge
Toby Crouse. The Leavenworth County
Sheriff Andrew along with other
defendants Judith Beck a nurse practioner
and Melissa Wardrop, a nurse, stop Me
from receiving a reconstruction Surgery
of my right hand and small pinky finger.
Case # 22: CV-03132, filed in the Kansas
District Court in Topeka Kansas. The Sheriff
Never Authorized approval of My Surgery
after receiving Dr. Yorkers recommendations,
and the Medical Director, Judith Beck Stated
She was looking forward to Me receiving
Surgery. However then things changed.
The evidence will show that these
defendants, Blamed a private Contractor
Doctor, Jana Harris for not Scheduling
the Surgery.

**RECEIVED**

MAY 0 1 2025

GOVERNOR'S OFFICE

(1)

Exhbit 4

and the one who determined surgery
wasn't required. However Ms Harris came
forward with her own side of the story
and made all three defendants sign a
stipulation to dismiss her from the lawsuit.
Next, heres the corruption that happen and
Judge Toby crouse allowed it to take place
after I brought it to light. Toby Crouse
issued a second scheduling order back in
August 19, 2024, this order set a deadline
of December 2, 2024 To "either" file a
Jointly proposed pretrial order or to file
Summary Judgment Motions, and I chose
to file my summary judgment motion.
Toby crouse next Denies my motion as
pre mature on November 26, 2024 the
same day the document (Alex Gilmore)
Attorney for sheriff Andrew Dedete)
ups overnight Mailed to Larned Correctional
Facility, was the proposed pretrial order
that, I never agreed to submit no Jointly
proposed pretrial order. this document arrived
at the facility (Larned Correctional) at 1:27 pm
the next day after being Mailed, However
the facility staff unit team Porkiorski,
didn't give me the document until      (2.)

Exhbit 4

the date of the deadline December 2, 2024,
I didn't revise the documents and
Alex Gilmore submitted to the Courts.
Yet stated in a email that the Courts
Instructed him to have me email him
My revisements, However he already
sent the document to the Courts.
The Intentions was to have Factual contentions
Submitted that they agreed to dismiss
by Signing the Joint stipulation. This was
a tactical Move to gain a favorable
ruling by Judge Toby Crouse. I brought
this to light and Nothing, the facility
Larned Correctional, withheld My legal Mail
for 6 days when it arrived the next day.
Next I can prove that the Department
of Corrections Is threatening My life as
one of the Staff members in Lansing told
Me I wasn't going to wake up If I went
through with My hand Surgery. administration
transfered Me from Larned to Lansing,
knowing there was a Conflict of interest,
and a victim that testified against Me
in My Criminal case family was there,
they are playing Chest as now after
being transfered back to Larned,    (3)

Exhbit 4

When Currently (a) that individual has been transferred to Larned. I am currently awaiting another MRI because I was injured by the Black suits in Lansing on March 13, 2025. They pulled my arm through the bean whole, and now my muscle in my forearm is split, they twisted my wrist and said they was going to break it. they said See you when you get to population. Whats gonna happen will happen. I am being targeted and Retaliated against because ① of my current litigations, and because I defended myself against a Sheriffs son, Simon Warren Jr. who was raping women and Men in the Community, and pulled a gun on me, and I was able to take it from him. I feel like my life is in danger. I need yall to expose whats going on, add me on GTL getting out App. or have Someone contact Me ASAP. I tryed writing Secretary of Corrections, Nothing though and Aclu of Kansas, Nothing. I'm calling for Leavenworth Sheriff to Step down and ② to be prosecuted. Alex Gilmore needs license revoked. I am being subjected to a Cruel and Unusual ④ punishment again and again. Much more

Exhbit 4



Ween Cheathham
has been transfer
I'am currently a
because I was i
In Lansing on M
pulled my arm t
and now my
is split, they tw
they was going t
see you when you
gonna happen will
targeted and Re
of my current l
defended myself
Simon Warren
women and men
and pulled a gun
to take it from
in danger, I ne
on, add me on C
have someone con
writing Secretary
and Aclu of kan
for Leavenworth Sheriff to stop
to be prosecuted. Alex Gilmore needs license revoked.
I am being subjected to a cruel and unusual
punishment again and again. Much More

Ryan Cheatham '96193
Larned Correctional Facility
1318 Ks Highway 264
Larned ks 67550

Kansas Governor Laura Kelly
300 SW 10th Ave.
Topeka, ks 66612-2-7 mi

66612-159099

WICHITA KS 670
27 APR 2025    PM 2 L

RECEIVED
MAY 01 2025
GOVERNOR'S OFFICE

Exhbit 4



ates department .
Can civil liberties union (New York)
general NAACP Topeka ks
uris kelly . 4-24-25.

an Cheatham and I am
r to shed light on the
on inside the Correctional
o.C. and Leavenworth
sell inside the kansas
Courtroom, residing Judge
Leavenworth County
along with other
th Beck a nurse practioner
rop, a nurse, stop me
reconstruction Surgery
d and small pinky finger.
3132, filed in the kansas
Topeka kansas. The Sheriff
d approval of my Surgery
Dr. torkers recommendations,
Director, Judith Beck stated
forward to me receiving
r then things Changed
ll show that these
imed a private Contractor
arris for hot scheduling

Correspondence also Mailed to all Mentioned parties in letter.

This correspondence was mailed from an institution operated by Kansas Department of Corrections. It's contents are uncensored.

the Surgery.

**RECEIVED**

MAY 0 1 2025

GOVERNOR'S OFFICE

(1)

Exhbit 4

**KANSAS**
AD ASTRA PER ASPERA
Department of Corrections

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Jeff Zmuda, Secretary

*please emage everything, but mail only my letter to Mr. Cheatham.*
*thx,*
*Roly*

May 16, 2025

Ryan Cheatham, KDOC No. 96193
Unit E
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550-9304

Re:    Withheld legal mail (LSCF), threats from staff, housed at same facility as a family of a victim who
testified against you, injury caused by staff on 3/13/2025 (LCF)

Dear Mr. Cheatham,

You sent a letter to Governor Kelly dated 4/25/2025. Your letter was forwarded to me for response. Much
of what the letter discusses involves agencies (or agents) other than the Kansas Department of Corrections
(KDOC). For obvious reasons, I will not and cannot comment on those concerns. However, I will address
the concerns you presented about KDOC. In reading your letter, I identified four (4) concerns related to
KDOC. First, you allege Larned State Correctional Facility (LSCF) withheld a piece of legal mail from you.
Second, you allege KDOC staff threatened your life by stating, if you have hand surgery, you will not wake
up from the surgery. Third, you allege KDOC transferred you from LSCF to Lansing Correctional Facility
(LCF) when KDOC knew that "a victim that testified against me in my criminal case family was there."
Then, after you were transferred from LCF back to LSCF, KDOC transferred this person to LSCF. Fourth,
you allege, on 3/13/2025, security staff at LCF injured your arm by pulling it through the food port in the
cell door, and now, you need an MRI, because the muscle in your forearm is split.

You allege an attorney sent mail (legal mail) for you to LSCF. That the legal mail was received by the facility
on 11/26/2024, but staff did not give you the mail until 12/2/2024, and that day was the deadline set by the
judge in the case for responses to be submitted. You submitted a grievance on this matter. Your grievance
was unsubstantiated, because the legal mail was not received at the facility on 11/26/2024 or 11/27/2024.
The next two (2) calendar days, 11/27/2024 and 11/28/2024, were KDOC holidays for Thanksgiving. The
legal mail was distributed to you on Monday, 12/2/2024. In summation, the facility did not receive legal
mail for you on 11/26/2024. Your legal mail was distributed to you on the business day following its arrival
at the facility.

I found no record of any staff members making verbal threats to you. If a staff member does threaten you, I
encourage you to immediately submit an informal grievance via paper form-9 or electronic form-9, so that
the incident can be properly investigated.

I communicated with LSCF and LCF staff. At no time, have you reported to them that there is/was
someone at either facility who is related to a victim who testified against you in one of your criminal cases.
The witness lists for your cases were reviewed, and no one on those lists was found to be in KDOC
custody. If there is a relative of one of your victim's housed at LSCF or in any of KDOC's facilities, please

immediately report this to your corrections counselor or the Restrictive Housing Review Board. You will need to provide the name of the person and the name of the victim to whom this person is related. Then, Unit Team can properly investigate the situation to determine if a central monitor should be placed between you and this person. If there is a central monitor, KDOC will not house the two of you within the same facility. If you are already at the same facility, KDOC will have one of you transferred to another facility as soon as an appropriate bed is found. If you fail to tell us who this is, then we cannot take the necessary steps to ensure your safety, as well as the safety of the other person.

I found no record of an incident occurring on 3/13/2025 wherein you sustained an injury. There is no movement for you for 3/13/2025, such as an infirmary placement. There is no incident report for that date involving you. There is no record of you going to the emergency room on that date. In communication with LCF staff, no one recalls any such incident; though, they did report you frequently caused disruptions around the food port in your cell door, and a security response team was often called to help get your food port resecured due to your uncooperative behavior. Even so, there is no record of you sustaining an injury during one of these incidents. I will check with Medical to see if they have record of treating you for an injury following any incident involving staff.

If you have additional concerns, please do not hesitate to use the informal and formal grievance process to have your concerns addressed. You are also welcome to write to me.

Thank you,

Meghan Davis, CMII,
Classification & Case Management Administrator,
Central Office – Facility Management Team

cc: CA Byrum, CMRA Cook, CA Wagner, CMRA Hagedorn, CMII Wildermuth

Name: Ryan Cheatham
Subject: Gov. kelly Continued.
Date: 7-12-25

**BARTON**
**B A S I C S**
Building Academic Skills
in Correctional Settings

Because I wanted the Food portions to change, so I didn't go back inside from the segregation yard cage, my hands was up, after being told by staff I would be beating to death, I put these wires around my fingers, and realized I wasn't trying to be violent or get more time, I gave up the wires before the sort team came, they still Shot me over 12 times and more to deploy chemicals. Medical seen me one time and I had open wombs, they didn't clean etc. after coming off Crisis level, which administrative put me on even though I never threaten anyone or myself, they are leaving me in a cell in (OCU) observation crisis unit, with No working water for a week now. I have no access to Law library because theres no wif, connection in the area I'm in, administration is claiming certain or all inmates don't want me in there cell, after going back to the yard, every inmate I talked to said they never said they wouldn't take me as a celly, the unit teams name Grahm is the Majors Son, which I feel like theres a conflict of interest there, I haven't talked to my family for months, and the Majors Son will not provide a phone call, these people know what there doing and its alot more, However I would ask you to please have a outside entity come speak with me, because the last person you inquired with was no help, and one of the inmates here I guess got my letter from

(1)

245 NE 30 RD • Great Bend, KS 67530 • (620) 792-2701 • basics.bartonccc.edu    Exhbit 4

Name: Ryan Cheatham 96193

Subject: Possible Pardon / cruel and unusual punishment

Date: 7-12-25.

**BARTON**

**B A S I C S**

Building Academic Skills
in Correctional Settings

## Dear MS Governor Laura Kelly

I hope, this letter reaches you in good Spirits. I'm writing this Correspondence and pray at the end of reading it, you will Consider giving me a pardon. I was charged with Second degree Murder, However after the jury heard the evidence, I was convicted of "imperfect self defense" voluntary manslaughter, (quarrel). Not to justify taking a mans life, rather sheding insight on his actions inside the Community, Warren Simon jr, was actively rapen men and women, robbing people, and there was rumors of him killing a man name "Gabe" in Leavenworth, who his family can verify this rumor, but the Leavenworth police didn't follow up on any leads, a individual named David Bolloch or Bollouch, Bol-lok, sorry I dont know exactly How his lastname is spelled, He can verify atleast contacting Gabes sister. Governor Kelly I am currently going through hell inside the K.D.O.C., My last letter I wrote you about My concerns / treatment, well, My forearm muscle has a visible deformity and medical isn't doing nothing about it, its been causing me pain since the blacksuits pulled My free cuff through the food port. I made a protest Here at Larned because they are starving inmates (Please see Attached form 9.) I was shot multiple times with pepper balls in the Back.

245 NE 30 RD • Great Bend, KS 67530 • (620) 792-2701 • basics.bartonccc.edu   (2)

Exhbit 4

**BARTON**

**B A S I C S**

Building Academic Skills
in Correctional Settings

Name:

Subject:

Date:

Megan Davis CMII  Classification &
Case Management Administrator, Central
Office- Facility Management Team, is her
title on the letter. well her May 16, 2025,
reply from what your office sent her has ended
up in a individual's hands and the only way
this could have happen is if staff here Facilitated
it. Again these people know what there doing I
Can prove everything I just need your help
to expose this corruption Step by Step.
there goal is to silence me or have me pickup
More Serious Charges. Last: would you please
obtain the video Footage from the March
13, 2025 incident in Lansing Correctional
Cell House A4- cell 122 around 8:00 pm -
9:45 pm as this happen when officer Barton and
Hoag violently pulled my arm through the
Food port, inmate tagger Lee can verify what
Happen that day if you can have someone talk
to him and get a Affidavit maybe, but
again Megan Davis in her response Claims
No one heard about this or there aint No
incident reports, but then trys to assume a
possible defense for the officers at the end
when she States, "though, they did report you
Frequently caused, disruptions and Security
response team was often called to help get
your Food port resecured, (See Attached ) as
her to send a clean copy,

(3) Exhbit 4

**BARTON**

**B A S I C S**

Building Academic Skills
in Correctional Settings

Name:

Subject:

Date:

if you want, you can destroy the copy I'm sending you, but I Blacked out the other part because they know who the individual is and what there agenda is, if thats what they want then Hey, I'm not going to do there job when now this letter is floating around and this individual is using it to his benefit, when I haven't said anyones names, so thats why its Blacked out, Dont want people using it against me, However to expose k.b.o.c. officials + there corruption, I will Mos definately speak to someone from your direct office/investigator, if once I prove everything you will consider the Pardon, I dont want to catch a life sentence in here or let this corrupt police/officer get me killed, or attempt to.

God Bless you Laura Kelly

Thanks for your time and considerations.

Respectfully
Submitted

96193

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*C 5*

Cheatham
_____
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

96193
_____
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Kitchen Supervisor Crossco          Date: 6-24-25
_____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

This is my Informal Resolution on the matter of
food services continuing to place Main dish in
Smaller food slots. the Main dish goes into larger
tren slot, yall slot. continue to intentionally starve
the inmates. News will be contacted.
I worked in Food services so I know where larger portions go.

Work Assignment: _____     Living Unit Assignment: _____

Comment: _____             Detail or C.H. Officer: Col middleton
_____

Disposition: _____
_____
_____
_____

To: Cheatham # 96193                    Date: 7/6/25
_____
(Name & Number)

Disposition: You are on a 2900 Caloric Count meal cycle per day.
We do not have to put the food in the area you prefer.
If it is stores to us do not utilize the big slot. 2900
Calories a day is what is approved by Topeka and that is what
you are served.

_____              To be returned to inmate.
**Employee's Signature**

P-0009

**Exhibit 4**



I found no record of an incident occurring on 3/13/2025 wherein you sustained an injury. There is no movement for you for 3/13/2025, such as an infirmary placement. There is no incident report for that date involving you. There is no record of you going to the emergency room on that date. In communication with LCF staff, no one recalls any such incident; though, they did report you frequently caused disruptions around the food port in your cell door, and a security response team was often called to help get your food port resecured due to your uncooperative behavior. Even so, there is no record of you sustaining an injury during one of these incidents. I will check with Medical to see if they have record of treating you for an injury following any incident involving staff.

If you have additional concerns, please do not hesitate to use the informal and formal grievance process to have your concerns addressed. You are also welcome to write to me.

Thank you,

Meghan Davis, CMII,
Classification & Case Management Administrator,
Central Office – Facility Management Team

cc: CA Byrum, CMRA Cook, CA Wagner, CMRA Hagedorn, CMII Wildermuth

**Exhbit 4**

Ryan Cheatham 96103
1318 KS Highway 264
Larned Correctional Facility
Larned, KS 67550-5353

**RECEIVED**

JUL 18 2025

**GOVERNOR'S OFFICE**

US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ

$ 000.74⁰

ZIP 67550
02 7H
D006228882    JUL 14 2025

WICHITA KS 670
14 JUL 2025 PM2

FIRST-CLASS

Governor Laura Kelly
Capital building
Room 241 south
Topeka KS 66612

66612-999555

Exhbit 4



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

# Kansas
AD ASTRA PER ASPERA
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

July 29, 2025

copy for
imaging

Ryan Cheatham, KDOC No. 96193
Unit E
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550-9304

Re:  Letter sent to Governor dated 7/12/2025

Dear Mr. Cheatham,

The letter you sent to the Governor dated 7/12/2025 was forwarded to me for response. You asked the Governor to pardon you. There is a process for requesting a pardon. Please send a form-9 to Records letting them know you wish to request a pardon.

You stated the food portions are too small and provided a copy of a form-9 informal grievance on the matter. You can escalate the informal grievance to a formal grievance.

You again mentioned an incident you allege occurred on 3/13/2025 at Lansing Correctional Facility (LCF). This was addressed in my previous letter dated 5/16/2025.

You discussed an incident that occurred in the restrictive housing yard area after you asked for different portions of food. I could investigate the incident, but you did not provide a date or time for the incident. If you write to me and give the date and approximate time or which meal was being served (breakfast, lunch, or dinner), I could investigate the incident.

You discussed CCII Graham and said he was dishonest about no one wanting to be your roommate, and you said he refuses to help you with a phone call to your family. If Mr. Graham was dishonest with you, you can submit an informal grievance. It is noted that you currently have a roommate. Unit team usually does not facilitate phone calls to family members unless it is related to case management or release planning. It is noted you have made phone calls to family members in the past few days.

Should you have additional questions or concerns, please do not hesitate to write to me. If you would like me to investigate something, please remember to answer some basic questions to help me investigate: Who was involved? What occurred (with details)? When did it occur (date, time or timeframe)? Where did it occur (as specific of a location as possible)?

Thank you,

Meghan Davis, CMII,
Classification & Case Management Administrator,
Central Office – Facility Management Team

cc: CA Byrum, CMRA Cook

**Exhbit 4**

Ryan Cheatham 96193
LSCF-E

These cases were previously addressed, No response sent. JAB 8-28-25

8-13-25

Dear Megan Davis,

I received your letter dated July 29, 2025. So you say you want to investigate, well there are multiple incidents that need investigated. I can show and prove how either Mail room, unit-team Manager "getty" or Porkorski. withheld my legal Mail until a deadline date in Case # ~~2020~~ 22: 3132 Cheatham V. Debeke. You can Contact 785-338-5400 press #0. Tell them you want a copy of plaintiff Ryan Cheatham's objection to time extention Motion regarding Defendants Summary judgment Motion, and also Request, Defendants Motion For time Extention to file Summary judgment Motion. Please do this Because I can show + prove How a Over night document was Mailed to the facility and Holiday Break for thanksgiving was withheld up until a deadline date of December 2, 2024. (this document is what you call a "Jointly proposed pretrial order") And contains Factual Contentions that I was suppost to revise However it wasn't giving to me until day of deadline date. also Please Request a copy of the Second Amended Scheduling order in same case. the judge order to Either file Depositive Motions which is Summary judgment motion Or submit a Jointly proposed pretrail order.

Exhibt 4

Back side →

Its one or the other, well I submited my despositive Motion and it got denied as pre mature, and the courts automatically assumed that I was going to submit a jointly proposed pre-trail order or Forced me to, when I didn't agree to this.

and the delayed legal mail was the trick for defendants getting a favorable outcome of case. Next someone in Administration is Playing chessed for whatever person. Cari Todd is a victim and my case and it was reported that she assisted in moving drugs or having something to do with me and another individual moving drugs in Larned, through a guard name Dupree who I didn't know his name, EAI here did there investigation and found inmate Lonnie Holmes talking on my Phone, using my Account. I guess this is How Cari todd got Questioned or whatever. Administration knows about phone calls GTL messages Etc. yet they ~~Always~~ sent me to Lansing Prison where Mrs Todds Husband was involved with unit-team Mrs "O", who got walked out. upon arrival there, she tryed putting serveral of Mr. Todds Friends, gang affiliates in my cell. I filed a Emergency grievance, on my tablet, then Ms "O" ~~takes~~ the tablet.

I went on Crisis level and Explained this to unit-team Martinez, I even in Seg-review mentioned to EAI However got Ignored dude was black, too. Any Now I come back to Larned after a staff nurse said I wasn't going to wake up from my Surgery, Administration bring Mr. Todd to Larned Correctional. who multiple inmates including Todd claims theres a Hit on me by Him and Administration, I was just attacked with a padlock in Segregation by inmate Hodges who stated he was sent by Todd & His Counter parts. in Administration who either wanted him to Stage My Suicide. by way of hanging or Besting me with a lock that is a non-allowable item yet, He was given this item, also look at His GTL Messages between him and his Sister He claims he needs to file a Property claim on His lock that they gave him., this is his attempt to cover up His act, I Made Him tell me everything. He said he also has staged for Administration other inmates suicides. I guess in Hutchinson years ago. Again I can prove all of this and Much More I need you to help, come talk to me or Setup Video visit through Graham. But, I'm not dealing with EAI, they didn't even want the lock once I gave it to them. Respectfully Submitted

**Exhibit 4**

Sorry Megan I almost Forgot.

On july 4th 2025, While having My hands up I was shot in the back and back of My hand with pepper balls they said there was over a 100 Shots and I had No weapons at the time. On March 13, 2025, Black Suits in Lansing pulled Me through a bean whole and My forearm Still has two visible knots as if My forearm Split into, they gave Me a MRI Here in Larned, at the Hospital but When I Seen the Nurse practitioner Bright, She only review My right wrist Imaging, when the forearm was look at too, But they didn't Show me My forearm results. Some weird Corruption Shit is going on. Again is there any way for us to talks on phone on Video

**Exhbit 4**

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on Thursday, May 19, 2022.

/s/ David D Melton
David D Melton, No. 18784
Assistant County Attorney
Leavenworth County Attorney's Office
601 S 3rd St. Suite 3069
Leavenworth, KS 66048
PH (913) 684-0899
FX (913) 684-1050

**WITNESSES:**
Warren Lyndon Simon Jr
Sabrina Renee Barnes
Shirley B Cheatham
William Christopher Cheatham
Contact Representative - LVPD
Kathleen Marie Hesse
David Carnell Peete
Raquel Saldivar
Cari Ellyn Todd
Jocari Monai Willis
Austin Allen
Elijah Bagley
Jasmin Brown
Cole Brummer
Evidence Custodian
L. Housell
Roger Hundley
Cody Kear
B Mance
Matthew Nickel
Matthew Phillips
Tesh St John
Johnny Sweet
Neil Vogel
Noah Wooten
ATF Special Agent Tyree Koerener
Amit Gupta

**Notice:** Information about the Diversion Program is available through the Leavenworth County Attorney's Office.



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

July 29, 2025

RECEIVED

AUG 2 1 2025

DOC Facility Management Area

Ryan Cheatham, KDOC No. 96193
Unit E
Larned State Correctional Facility
1318 KS Highway 264
Larned, KS 67550-9304

Re:   Letter sent to Governor dated 7/12/2025

Dear Mr. Cheatham,

The letter you sent to the Governor dated 7/12/2025 was forwarded to me for response. You asked the Governor to pardon you. There is a process for requesting a pardon. Please send a form-9 to Records letting them know you wish to request a pardon.

You stated the food portions are too small and provided a copy of a form-9 informal grievance on the matter. You can escalate the informal grievance to a formal grievance.

You again mentioned an incident you allege occurred on 3/13/2025 at Lansing Correctional Facility (LCF). This was addressed in my previous letter dated 5/16/2025.

You discussed an incident that occurred in the restrictive housing yard area after you asked for different portions of food. I could investigate the incident, but you did not provide a date or time for the incident. If you write to me and give the date and approximate time or which meal was being served (breakfast, lunch, or dinner), I could investigate the incident.

You discussed CCII Graham and said he was dishonest about no one wanting to be your roommate, and you said he refuses to help you with a phone call to your family. If Mr. Graham was dishonest with you, you can submit an informal grievance. It is noted that you currently have a roommate. Unit team usually does not facilitate phone calls to family members unless it is related to case management or release planning. It is noted you have made phone calls to family members in the past few days.

Should you have additional questions or concerns, please do not hesitate to write to me. If you would like me to investigate something, please remember to answer some basic questions to help me investigate: Who was involved? What occurred (with details)? When did it occur (date, time or timeframe)? Where did it occur (as specific of a location as possible)?

Thank you,

Meghan Davis, CMII,
Classification & Case Management Administrator,
Central Office – Facility Management Team

cc: CA Byrum, CMRA Cook

**Exhbit 4**