```
 1/29/2026               KANSAS DEPARTMENT OF CORRECTIONS            HOWARD1
 15:06:46            Information Systems and Communications          QPADEV000C
                        ** Display Movement Records **               ISR0339
-----------------------------------------------------------------------------
Commitment Name CHEATHAM,RYAN,CHRISTOPHER   KDOC#/Suffix 0096193 A
```

| "X" | Pr | Number | Su | Movement Date | Sq # | MoveCde | SI* | Phy | Loc | Cde | Rsn | Leju | M | I | Prior |
|-----|----|--------|----|---------------|------|---------|-----|-----|-----|-----|-----|------|---|---|-------|
| ⌐ | 1 | 0096193 | A | 2025 07 04 | 1 | 2102000 | | A | 08 | ACO005 | MP | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 06 13 | 1 | 2102000 | | A | 08 | AE0015 | OS | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 06 10 | 1 | 2102000 | | A | 08 | AE0014 | OS | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 06 01 | 1 | 2102000 | | A | 08 | AE0014 | PD | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 05 30 | 1 | 2102000 | | A | 08 | 0F4409 | RS | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 03 19 | 1 | 2102000 | | A | 08 | AE0014 | OS | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 03 18 | 2 | 2102000 | | A | 08 | AE0019 | OS | | | I | A08 |
| ⌐ | 1 | 0096193 | A | 2025 03 18 | 1 | 2101108 | | A | 08 | | PT | | M | | A01 |
| ⌐ | 1 | 0096193 | A | 2025 03 07 | 1 | 2102000 | | A | 01 | AA4122 | OS | | | I | A01 |
| ⌐ | 1 | 0096193 | A | 2025 02 18 | 1 | 2102000 | | A | 01 | AA7235 | MP | | | I | A01 |
| ⌐ | 1 | 0096193 | A | 2025 02 17 | 1 | 2102000 | | A | 01 | AA4103 | MP | | | I | A01 |
| ⌐ | 1 | 0096193 | A | 2025 02 14 | 1 | 2102000 | | A | 01 | AA4209 | MP | | | I | A01 |

More...

```
SI* = Special Message Indicator  Currently for Sanction Releases
F3=Exit  F12=Previous  F14=Print List  "X" To Select Or Enter For Last Record
```

**Exhibit 5**