# EXHIBIT 11

# Internal Management Policy and Procedure 12-111A

**PROVISSIONALLY SEALED**