IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RYAN CHRISTOPHER CHEATHAM,<br>Plaintiff,<br><br>v.<br>JESSE HOWES, et al.<br>Defendants. | )<br>)<br>)<br>)  CASE NO. 25-03091-JWL<br>)<br>)<br>) |

### AFFIDAVIT OF MEGHAN DAVIS

I, Meghan Davis, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. My name is Meghan Davis, a Classification and Case Management Administrator for the Kansas Department of Corrections (KDOC) out of central office in Topeka, Kansas.
2. I have been employed in the above capacity since April 16, 2023. I have been employed with KDOC since 2013.
3. As part of my duties, I act as the designee for the Secretary of Corrections for the purpose of reviewing and responding to complaints received by facility management for correctional facilities statewide. This can include complaints made to the Kansas Governor that have been sent to KDOC for review and response.
4. I am familiar with the retention of resident records by KDOC. The records and notes in resident files were made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by KDOC. These records were made in the ordinary course of the intake of grievances from residents in custody. It is a regular business activity of KDOC to make and keep such records. I am

**Exhibit 18**

relying on my personal recollection and the information contained within the records in accordance with standard operations of my position.

5. The matters stated in this affidavit are based on my personal knowledge and review of the records of offender, Ryan Christopher Cheatham, KDOC #2000064842, as maintained by the Kansas Department of Corrections (KDOC).

6. I am aware Mr. Cheatham has made a complaint against KDOC and staff of KDOC for alleged excessive use of force by KDOC staff on or about March 13, 2025.

7. I am aware Mr. Cheatham has made these complaints regarding his time residing at Lansing Correctional Facility (LCF). I am aware that Mr. Cheatham was transferred from LCF to Larned State Correctional Facility (LSCH) on March 18, 2025. I am also aware Mr. Cheatham is now residing at El Dorado Correctional Facility (EDCF).

8. Upon my search of Mr. Cheatham's records, I located a letter Mr. Cheatham had written to Governor Kelly that was forwarded to KDOC. See attached hereto Exhibit 4.

9. The letter dated April 25, 2025, and was forwarded to me for a response on May 7, 2025. The letter listed several allegations regarding different events and/or agencies.

10. From my review of the letter's contents, I identified four concerns related to KDOC. Of the four concerns was allegations of Mr. Cheatham sustaining injuries from excessive use of force by LCF staff on March 13, 2025.

11. I found no records of an incident occurring on March 13, 2025, in which Mr. Cheatham sustained an injury.

12. There was no record of movement for Mr. Cheatham for March 13, 2025. Had Mr. Cheatham been moved for something like infirmary placement or going to the emergency room, this movement would have been documented in his KDOC record.

13. Had an injury from the use of force by staff against Mr. Chatham occurred, there would have been an incident report for that date. However, no record of an incident report for that date was found.

14. In communication with LCF staff, I learned no one recalls any such incident. However, LCF staff reported that Mr. Cheatham would frequently cause disruptions around the

food port of his cell door that would require the security response team to be called in for assistance in securing the food port due to his uncooperative behavior. Even so, there was no record of Mr. Cheatham having sustained injury from such instances.

15. I do not personally know or have met Mr. Cheatham. The information provided herein is done so within the scope of the duties of my position of employment with KDOC and not in any personal or non-business capacity.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge to which I am competent to testify at trial. I declare, certify, verify, and state under penalty of perjury under the laws of the United States the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT

/s/ Meghan Davis                                               01/30/2026
Meghan Davis, Corrections Manager II                           Date
Classification & Case Management Administrator
Kansas Department of Corrections