IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ryan Cheatham
plaintiff
V.
Jesse Howes, et al.
Defendants

CASE NO 25-CV-03091-JWL

FILED
U.S. District Court
District of Kansas
02/04/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Plaintiff's MOTION And OBjection in Opposition of The "MARTINEZ REPORT in it's Entirety, and Exhibit 2 provided by the "kansas Department of Corrections.

Comes now Plaintiff and hereby Objects to the Martinez Report provided by the kansas Department of Corrections and proffers in support.

(1.) These Defendants have not included in this Report Any cell house video footage as Requested by this plaintiff to be saved and Emergency Produced" see Doc, 6, and Doc 15.

(2.) These Defendants Never stated to the Courts Any status on this Emergency production or failure to provide this production for Any Reason after Plaintiff's Request or Prior to filing this Martinez Report

(3.) For these Defendants to just now state an excuse or a issue on why they didn't notify this court on the status and process of Plaintiff's Request of Emergency production of the Requested Cell house video footage, goes against the means of Serving Justice as this video footage was critical to Plaintiffs Claims, and was made in a reasonable amount of time for the Warden to have saved the footage.

(4.) This Court Sent two copys of the courts order Doc 15, Doc 16, Doc. 40, Doc. 45. These Defendants Never responded nor stated any Attempts of Saving and producing and cell house video footage to this court prior to filing this Martinez Report.

(5.) This deliberate Act is a "Spoliation" of evidence, Pursant to Rule 37(e) This court can find defendant in default.

(6.) Exhibit 2, should not be admitted as the document Contains a Mis-representation of evidence As plaintiff strongly believes The MRI Results was only of plaintiff's "right wrist", and not of Plaintiffs "right forearm", No doctor At Eldorado Correctional Facility, And Larned Correctional will follow up or has followed up with Plaintiff.

(2.)

(7.) Plaintiff asserts to this Court he has a visible deformity on his forearm, Quarter size where the Top of the food port dug into plaintiffs arm, and all Medical staff continues to dis-regard this evident deformity, Plaintiff is currently exhausting his administrative remedys to start a claim on the matter.

(8.) Plaintiff cannot effectively Respond to this Martinez Report without being able to Review his medical file on the matter, a copy is needed for plaintiff's possession, plaintiff believes defendants are aware that the document contains Mis-representing evidence.

(9.) Plaintiff needs a lawyer And a expert witness to prove his allegations without law Library and adequate Research plaintiff Cannot prosecute his Claims.

Therefore Plaintiff objects to the ordered to Seal Exhibit 2, plaintiff Request a Copy of this document, plaintiff Moves this Court to address the spoliation of evidence, (cell house video footage) And consider giving plaintiff a Lawyer or ~~either~~ ordering another MRI of plaintiffs forearm, and or expert witness. Respectfully Submitted Ryn Ch——

(3.)