# AFFidavit

Comes now inmate Taggart Lee Legacy # 0126368 being duely sworn and states under the penalty of perjury that the foregoing are true and correct.

On March 13, 2025 while being cellmates with inmate Ryan Cheatham, 2000064842, Legacy # 96193, in A4 cellhouse at the Lansing Correctional Facility. Officer Barton slammed inmate Cheatham extremely hard against the wall in the cell house. After inmate Cheatham and myself was placed back into our cell A4 cell 122, inmate Cheatham was being uncuffed and as he stuck his right arm out to finish being uncuffed officer Haog and officer Barton pulled extremely hard on the free cuff and was twisting inmate Cheatham's right wrist and was making comments of "we will brake this arm, we will snap your shit" "you want us too?" After the incident Cheatham requested medical attention but was denied and told to put in a sick-call which he did and was never seen. He was eventually transfered back to Larned. Officer Wayne was the officer who Cheatham ask to see medical to and was given a sick-call.

X [signature] Taggart Lee #126368  Athena # 2000140145



www.madisonpaper.com

NOTARY PUBLIC - State of Kansas
LARRY JOHNSON
MY APPT. EXPIRES 4/2/2029

Exhibit Affidavit Taggart Lee