**Name:** Proof of
**Subject:** Exhausted Remedies
**Date:**

- So Exhibit "A" is a response from Darcie Holthaus CMII. She states "We have asked that the Facility (Larned Correctional) to process your grievance as a regular grievance. Also see where she states "your grievance is being forwarded to the warden of the facility where you are now housed for review". This response was dated March 28, 2025. However I didn't receive it until 5-6-25 See unit-team's Signature bottom page Exhibit A

- Top page is A Sticky Note from Penny Riedal who tells me she is going to forward My paper grievance back to Lansing despite the facility processing my grievance as Darcie Holthaus stated Bottom page Exhibit "A".

  - Exhibit "C" Penny Riedal again states to file another grievance and she will send to Lansing since it happened at that facility contrary to Darcie Holthaus Request for the current facility to process/review Grievance. Next see plaintiff's Exhibit "G" a receipt Showing I turned in the Grievance level "1" to staff to be given to Penny Riedal" on 5-9-25. See Exhibit "B"

Plaintiff's form 9, Ask where is the grievance that was turned in on 5-9-25. Penny Riedal states she didn't receive any grievance from plaintiff to got to LCF, contrary to Exhibit "G", Plaintiff's receipt showing level 1 grievance turned in to be forwarded to LCF.

(1)

Name:
Subject:
Date:

**BARTON**
**BASICS**
Building Academic Skills
in Correctional Settings

Next plaintiff Moves forward to Level 2 to Warden Easley, since in Exhibit A, Plaintiff was told to follow up with current facility plaintiff was being Housed at, See Exhibit "E" receipt And date of 7-11-25. Next See Exhibit E letter to Easley. Sticky Note bottom page shows "Sent to Lansing 7-18-25 Contrary to the Stamp date of Aug 05 2025 and Date of final Answer 8-8-25.

Last Plaintiff Request to penny Riedal when was level 2 grievance Sent to Lansing on 7-21-25 See Exhibit "H". I believe that to Stick Note on Exhibit "E" was from Riedal Stating on 7-18-25 plaintiff Moved Forward to the Secretary of corrections for Level 3 Grievance on July 28, 2025, See Exhibit "I" form 9, and form 9 receipt. And ~~exhibit B of defendants~~

Last Plaintiff did not receive Any Response from Lansing until until 8-27-25 See Exhibit "D" with unit-team Signature. This Exhibit "D" is the Original cover grievance, contrary to defendants

This Time line Proves I Exhausted My Remedies, And yall was fasifying documents, And thrawting My Attempts to Exhaust.

(2.)

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Jeff Zmuda, Secretary

*For Shawn*

*If Mr Cheatham wants to file A grievance Against Lansing — He can fill out A paper grievance which my office will forward. Thanks Penny 05-6-25*

March 28, 2025

TO:     Cheatham, Ryan 0096193

        Larned Correctional Facility

RE:     Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

*document Returned to inmate on 5-6-25*

cc:     Warden Easley
        w/attachments
Image:  SOCRESP
        w/attachments

*Exhibit A.*

Form 9  Exhibit B.  Cheatham
For Cellhouse Transfer _____
Work Assignment _____  Last Name Only
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS    96193
                                    Number

To: Mrs. Riedal   INMATE REQUEST TO STAFF MEMBER
   Unit team ~~Grahm~~.        Date: 6-29-25
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

On 5-6-25, Ms Penny Riedal provided a response to my emergency Grievance filed on 3-22-25, to the Secretary of Corrections on the matter of a use of force against office Barton and officer Haog, while at the Lansing correctional Facility. Penny Riedal also told me to file a paper grievance which I did on 5-9-25, Has ever no response. Where is my grievance. Its been more then 10 days.

Work Assignment: _____  Living Unit Assignment: E-15-
Comment: _____         Detail or C.H. Officer: COII Panning

Disposition:

                                        Date: 07-03-25
To: _____
   (Name & Number)

Disposition: As I discussed with you - my office did not Receive Any grievance from you for LCF. It will be searched for And I'll let you Know if it is found by Anyone, in Addition to checking with Case Mgt staff.

Riedel
Employee's Signature      Exhibit "B"       To be returned to inmate.
P-0009

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
    (Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature     To be retained by inmate

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

Cheatham
Last Name Only

96193
Number

INMATE REQUEST TO STAFF MEMBER

To: Ms Penny Riedal     Date: 7-1-25
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

Is there any way to get with Warden Easley on a final desposition of Use of Force Grievance with Lansing since there beyond deadline to respond. I have until 7-28-25 with courts

Work Assignment: Flunkiss      Living Unit Assignment: E-15
Comment: _____       Detail or C.H. Officer: _____

Disposition: _____

To: _____  Date: 7-2-25
    (Name & Number)

Disposition: You would need to send Anything to LCF since it involves that facility

Riedl        Exhibit "C"
Employee's Signature                    To be returned to inmate.

P-0009



*[handwritten at top: Staples taking out Re-stapled]*

P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

**Kansas**
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

**TO:** Cheatham, Ryan 0095193 LCMHF

**From:** Geither, Gloria Deputy Secretary KDOC *GG*

**Date:** August 8, 2025

**Re:** Grievance number: A 2026-016

**Findings of fact:** You have escalated to grievance a complaint that on 03/13/25 CO Barton and CO Hoag pulled your free cuff through the food port of an unspecified cell between 0800-1000 pm. This grievance was received by LCF on 08/05/25.
The documentation you provided shows you filed this complaint initially as an emergency grievance directly to central office. You did not provide a copy of the emergency grievance. The central office response dated 04/28/25 refused it as an emergency grievance and stated it was being forwarded to LCMHF, your assigned facility at the time. You have provided a copy of a receipt for documentation signed by an unknown person (not legible) dated 05/09/25. Because it appears you did attempt to address this issue within the required guidelines by sending the emergency grievance directly to central office in March of 26, your grievance will be accepted.

**Conclusions Made:** Based on additional context, your concern involves allegations of staff misconduct. This administration treats all such allegations with the utmost seriousness and conducts a thorough and individual review of each accusation. Please be assured that these allegations will be investigated appropriately. If any corrective action is deemed necessary as a result of the investigation, please note that the specifics of such action cannot be discussed with you. The appropriate administrator has been informed of this matter.

**Action Taken:** Your complaint will be investigated.

*[handwritten: Inmate Cheatham received this copy on 8-27-25]*

*If this response is not satisfactory, you may appeal by submitting the appropriate appeal form, available from your Unit Team to the secretary of corrections. You must indicate on the appeal form exactly what you are displeased with and what action you believe the secretary of corrections should take. The appeal must be made withing three calendar days of receipt of this response, or within three calendar days of the deadline for this decision, whichever is earlier.*

*[handwritten: Exhibit "D" ORIGinal]*

P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

**Kansas**
Department of Corrections
*Lansing Correctional Facility*

COPY

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

**TO:** Cheatham, Ryan 0096193 LCMHF

**From:** Geither, Gloria Deputy Secretary KDOC

**Date:** August 8, 2025

**Re:** Grievance number: A 2026-016

**Findings of fact:** You have escalated to grievance a complaint that on 03/13/25 CO Barton and CO Hoag pulled your free cuff through the food port of an unspecified cell between 0800-1000 pm. This grievance was received by LCF on 08/05/25.
The documentation you provided shows you filed this complaint initially as an emergency grievance directly to central office. You did not provide a copy of the emergency grievance. The central office response dated 04/28/25 refused it as an emergency grievance and stated it was being forwarded to LCMHF, your assigned facility at the time. You have provided a copy of a receipt for documentation signed by an unknown person (not legible) dated 05/09/25. Because it appears you did attempt to address this issue within the required guidelines by sending the emergency grievance directly to central office in March of 26, your grievance will be accepted.

**Conclusions Made:** Based on additional context, your concern involves allegations of staff misconduct. This administration treats all such allegations with the utmost seriousness and conducts a thorough and individual review of each accusation. Please be assured that these allegations will be investigated appropriately. If any corrective action is deemed necessary as a result of the investigation, please note that the specifics of such action cannot be discussed with you. The appropriate administrator has been informed of this matter.

**Action Taken:** Your complaint will be investigated.

*[handwritten: Denied Exhibit "D"'s copy not original, defendants Exh. 3,]*

*If this response is not satisfactory, you may appeal by submitting the appropriate appeal form, available from your Unit Team to the secretary of corrections. You must indicate on the appeal form exactly what you are displeased with and what action you believe the secretary of corrections should take. The appeal must be made withing three calendar days of receipt of this response, or within three calendar days of the deadline for this decision, whichever is earlier.*

Exhibit 3

Exhibit "E"

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Ryan Cheatham  Number: 96193
Facility: Larned  Housing Unit: C1 cou 5/E-18 maybe. Hopefully.  Work Detail: Lay-in

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Mr. Easley, I was instructed by the Federal Courts, to move to the next step concerning a use of force in Lansing involving officer Barton and officer Hoag. On 3-13-25 in A4 cell house, around 8:00pm - 10:00pm, the officers pulled my free cuff through the food port so hard I have a deformity in my forearm. Please see attached instructions from courts. Is there any way to get with Lansing warden Howes and Secretary of Corrections, as is a deadline to file amended complaint is July 28, 2025. thanks. P.S. office Lee also should know about incident

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature _____  Date _____

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)
____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.
____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____  Date _____

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received: AUG 0 5 2025  Date of Final Answer: 080825  Date Returned to Inmate _____

Inmate's Signature _____ Date _____  Unit Team Signature _____ Date _____
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**
Grievance Serial Number: AA 2026-016
Type of Complaint (Item 4: Code 01-75): 54
Cause of Complaint (Item 5: Code 01-30): 01
Type of Response (Item 6a: Code 01,02,08 or 09): 02

# Exhibit "E"
## Letter to Easley.

Mr. Easley, on March 13, 2025 I was injured by two Black suits in Lansing. I filed a emergency grievance and a Darcie Holthaus CMII answered it stating she was going to forward the grievance to you. Please see Attached, or Please come to LCF and I can show you everything in Black and white.

On 5-6-25 Penny Riedal provided Shawn porkoski a correspondence saying if I wanted to file a normal grievance on Lansing, she would forwarded it. I followed those instructions, and MS riedal states Lansing nor Herself has my level 1 grievance filed 5-9-25. I have a copy of the receipt. Now MS Riedal is saying do the samething I just did and got no response. Sir if you could get with Warden Howes So we can resolve this, And also Secretary of Corrections. I have until 7-28-25 to file a proper complaint.

Thank   Respectfully Submitted

Sent to LCF
7-18-25

level 1 Grievance on Kansing use of force, forc to file out by Larned penny)

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name Ryan Cheetham          Number 96193
Receiving Staff Signature COI [signature]     Date 5-9-25

**Effective Date (3-18-96) P-157**

Exhibit "G"

| Form 9 | | Cheatham |
|---|---|---|
| For Cellhouse Transfer | | Last Name Only |

Work Assignment _____
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS      96193
                                      Number

INMATE REQUEST TO STAFF MEMBER

To: **Secretary of Corrections**     Date: **July 28-2025**
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

this is my receipt showing I moved forward with level 3 grievance to you all as instructed by Courts to do, involving a incident on March 13, 2025 use of force, officer Barton & Hogg. No other attempts to exhaust have been returned to me.

Work Assignment: _____    Living Unit Assignment: **E-20**
Comment: _____            Detail or C.H. Officer: **CO II Bochy**

Disposition: _____

To: _____                 Date: _____
    (Name & Number)

Disposition: _____

Employee's Signature                 To be returned to inmate.
P-0009

Exhibit "I"

Exhibit 3

Lansing Correction Grievance involving March 13, 2025, incident at

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Ryan Cheatham B130   Number: 96193
Facility: Lansed Correction   Housing Unit: E-20   Work Detail: Lay-in

To the Secretary of Corrections.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

I am moving forward as instructed by the courts to do, as lansing facility not returning my level 2 grievance concerning march 13, 2025 incident. My arm was violently pulled through the bean whole by officer barton and Hoig. I received a MRI and lansed has the results. I am Exhausting My administrative remedies by submitting this last step grievance. I want to be compensated for what they did. Open to talk about amount.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

All previous Attempts to Exhaust have not been returned I am moving to the third step. Exhibit I original

_____ Unit Team Signature   Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____   Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received: 9/4/25   Date of Final Answer: 9/4/25   Date Returned to Inmate: _____

Duplicate to AA2026-016 mailed to LCMHF 08/15/25
(2nd copy attached)   9/4/25

Inmate's Signature _____ Date   Unit Team Signature _____ Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: duplicate/void
Type of Complaint (Item 4: Code 01-75): _____
Cause of Complaint (Item 5: Code 01-30): _____
Type of Response (Item 6a: Code 01, 02, 08 or 09): 08

Level 3 Grievance involving March 13, 2025, incident at Lansing Correction

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**
Inmate's Name: Ryan Cheatham    Number: 96193
Facility: Lansed Correction   Housing Unit: E-20   Work Detail: Lay-in

To the Secretary of Corrections:

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

I am moving forward as instructed by the courts to do, as Lansing facility not returning my level 2 grievance concerning March 13, 2025 incident. My arm was violently pulled through the bean whole by officer Barton and Hoag. I received a MRI and Lansed has the results. I am exhausting my administrative remedies. By submitting this last step grievance I want to be compensated for what they did. Open to talk about amount.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

All previous attempts to exhaust have not been returned I am moving to the third step. Exhibit I defendants copy

Unit Team Signature _____ Date _____

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)
___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.
___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____ Date _____

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

No date.

Inmate's Signature _____ Date _____ Unit Team Signature _____ Date _____
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

no date

**TO BE COMPLETED BY STAFF ONLY**
Grievance Serial Number _____
Type of Complaint (Item 4: Code 01-75) _____
Cause of Complaint (Item 5: Code 01-30) _____
Type of Response (Item 6a: Code 01,02,08 or 09) _____

Exhibit 3

level 3. grievance Forward to Secretary of corrections against Lansing officer Barton and Hoag, March 13, 2025 incident use of force. Forearm injury.

INMATE REQUEST TO STAFF MEMBER

To: Secretary of Corrections   Date: July 28, 2025
(Name and Title of Officer or Department)

CO ll Bochy
Unit Team, Detail, or Cellhouse Officer's Signature

Exhibit "I"

To be retained by inmate

---

Form 9. asking where my level 1 Grievance is on use of Force in Lansing. officer Barton, + officer Hoag.

INMATE REQUEST TO STAFF MEMBER

To: Unit-team Brahm.   Date: 6-29-25
(Name and Title of Officer or Department)

CO II Panning
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

---

When was level 2 grievance sent to Lansing

INMATE REQUEST TO STAFF MEMBER

To: Penny Riedel   Date: 7-22-25
(Name and Title of Officer or Department)

Penny Riddel
Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

---

level 1. Grievance on lansing use of force, told to file out by Larned penny.

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name Ryan Cheetham   Number 96193
Receiving Staff Signature COI Norm   Date 5-9-25

**Effective Date (3-18-96) P-157**

---

Warden Easley use of Force Lansing, Instruction to move toward by courts.

Tear off and give to inmate when submitted to Unit Team through receiving staff.
Inmate Name Ryan Cheetham   Number 96193
Receiving Staff Signature   Date 7-11-25

**Effective Date (3-18-96) P-157**   Level 2. Grievance.

Exhibit E receipt.