IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
02/27/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

| | |
|---|---|
| Ryan Cheatham | 5:25-cv-03091-JWL |
| Plaintiff | Submitted for E file |
| V. | 2-27-26 |
| Jesse Howes | received notice of denial on |
| Defendant | 2-27-26 |

MOTION FOR Reconsideration Denying Plaintiff's Request to Direct the Kansas Department of Corrections to Produce inmate Taggart Lee #2000140145 Disciplinary Report from March 13, 2025.

Comes Now Ryan Cheatham and Hereby ask this court to reconsider its decision denying Plaintiff's request to direct the Kansas Department of Corrections to produce the Disciplinary Report of Taggart Lees #2000140145 from March 13, 2025 for dangerous Contraband in support plaintiff proffers;

(1.) As part of this court screening Plaintiff's complaint and Martinez Report, Taggart Lee's Disciplinary Report from March 13, 2025 will prove that the officer who deny interaction with Plaintiff was a lie.

(2.) This Report will show that inmate Taggart Lee was escorted to the shower area for a strip search and Plaintiff being his cell mate had to accompany him to be strip search in the shower, due to us being cell mates one cannot go without the other

(3.) Per Policy a cell extraction would of happened if Plaintiff didn't get cuffed up to be escorted to the shower for a strip search.

(4.) Taggart Lee's Disciplinary Report will prove that plaintiff had to be cuffed up that day of Incident March 13, 2025, Contrary to all Submitted Affidavits pursuant to the Martinez Report.

(5.) As part of the investigative process of the Martinez Report, this Disciplinary Report is vital to proving plaintiffs claims as administration claims there was No Report of Any Movement outside of plaintiff's cell on March 13, 2025. No incident Reports, etc.

Therefore plaintiff prays this court Reconsider and direct the K.D.O.C to produce this Report. Disciplinary Report, the Report will show Hoggs name and Jerry Barton as the Reporting officers and witness, and that Lee was in cell A4 122, and taking to a strip out search in the Shower Area, Again plaintiff was his cell mate and per K.D.O.C policy and procedure of cell searches and having cell mates, Both residents inside the cell would of had to cuff up and be restrained for a cell search or Strip search or other Measures would of been taken.

Respectfully Submitted

2000064842

(2.)