KDOC_court_file_edcf

| | |
|---|---|
| **From:** | KSD_CMECF@ksd.uscourts.gov |
| **Sent:** | Tuesday, February 17, 2026 8:30 AM |
| **To:** | ksd_nef@ksd.uscourts.gov |
| **Subject:** | Activity in Case 5:25-cv-03091-JWL Cheatham (ID 2000064842) v. Howes et al Motion for Order |

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**DISTRICT OF KANSAS**

**Notice of Electronic Filing**

The following transaction was entered on 2/17/2026 at 8:29 AM CST and filed on 2/16/2026

| | |
|---|---|
| **Case Name:** | Cheatham (ID 2000064842) v. Howes et al |
| **Case Number:** | 5:25-cv-03091-JWL |
| **Filer:** | Ryan Christopher Cheatham |
| **Document Number:** | 65 |

**Docket Text:**
**MOTION for Order (Titled: Motion and Request to Provide Plaintiff's Affidavit #3 and Plaintiff's Request to Courts to Direct the Kansas Department of Corrections to Produce Inmate Taggart Lee #2000140145 Disciplinary Report) by Plaintiff Ryan Christopher Cheatham. (jal)**

**5:25-cv-03091-JWL Notice has been electronically mailed to:**

Natasha M. Carter    natasha.carter@ks.gov, Joseph.Unanaowo@ks.gov, Payge.Quintana@ks.gov

Matthew Lee Shoger    matt.shoger@ag.ks.gov, Donna.wells@ag.ks.gov, gabriella.ortiz@ag.ks.gov

Victoria L. Waters    victoria.waters@ks.gov, diamond.tipton@ks.gov

Ryan Christopher Cheatham    KDOC_court_file_edcf@ks.gov