IN THE UNITED STATES DISTRICT COURT
FOR District of Kansas

Name:

Subject:

Date:

**BARTON**
**B A S I C S**
Building Academic Skills
in Correctional Settings

FILED
U.S. District Court
District of Kansas
03/19/2026
Clerk, U.S. District Court
By:_JAL_Deputy Clerk

Ryan Cheatham
        Plaintiff

Jesse Howes
        Defendant et al.
        Defendant.

5:25-cv-03091-JWL
Submitted for E-file
on 3-18-26.

        Motion FOR STATUS of defendants
Motion to file issue with Exhausting
Administrative Remedies. Facility staff Not Providing
Plaintiff with electronical Receipts for a week now.

        Comes Now Plaintiff and Request Status of the
defendants Motion to file issue of Exhaustion
of Administrative Remedies Motion if Any was filed.
Plaintiff has not received any electronical Receipts from
Any staff at the Eldorado correctional Facility. for a
week prior to 3-18-26. and when he received those,
it was Multiple showing older dates. Plaintiff doesn't
understand why these receipts Continue to be Held on to,
However from plaintiff's position it appears so Plaintiff
will be of the loop, of His Motions being filed or Not
And or Having Notice of All activity In case,
or to be late In responding to defendants Motions.

        Therefore Plaintiff Request A Status update on
if Defendants filed there Motion by 3-13-26,
on the issue of Exhausting Administrative
Remedys. Respectfully Submitted

1 of 1