IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT of Kansas

Ryan cheatham
Plaintiff

v.

Jesse Howes
Defendant.
et al.

Case No. 25-3091-JWL

Submitted for
E-file 3-24-25

**FILED**
**U.S. District Court**
**District of Kansas**

03/24/2026

**Clerk, U.S. District Court**
**By:_JAL_Deputy Clerk**

Plaintiff's Notice To Courts of
Late Notification of Filing Restrictions

Comes Now Plaintiff and hereby gives this Notice that Plaintiff's unit-team crawford gave legal mail on 3-23-26, Stating plaintiff could only respond to depositive Motions and advised of possible restrictions. Plaintiff has filed His Response, Motion to strike, two Declarations in support of Motions, Motion for Summary Judgment and evidentiary Hearing, plaintiff thought it was proper for plaintiff to Move for Sj) too. and could request Hearing if plaintiff claims could Be dismissed. Plaintiff is only trying to prosecute His case and Not upset courts.

Respectfully Submitted

1 of 1