IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT of Kansas.

Case 5:25-cv-03091-JWL   Document 89   Filed 03/24/26   Page 1 of 2

**FILED**
**U.S. District Court**
**District of Kansas**

03/24/2026

**Clerk, U.S. District Court**
**By:__JAL__Deputy Clerk**

Ryan Cheatham
    plaintiff

    V.

Jesse Howes
    Defendants et al

S: 25-cv-03091-
-JWL-

## Motion FOR Time to Extention to Respond to Defendants Motion to dismiss and Summary Judgment.

Comes now Ryan Cheatham plaintiff and Hereby request a time Extention to Respond to Defendants Motion for Dismiss and or alternative Motion for Summary Judgment. in Support plaintiff proffers;

(1-) Plaintiff has Not received any copy of defendants Motion to Dismiss or Summary Judgment, and just Now received a Electronical receipt Showing such Motion was filed, on 3-20-26. Plaintiff has Not received ——— No Legal Mail.

(2.) Plaintiff cannot properly respond to said motion.

Therefore I need a time Extantion

respect