IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Ryan Cheatham                    5:25-cv-03091-
        Plaintiff                     JWL-

        V

Jesse Howes

        Defendants

FILED
U.S. District Court
District of Kansas
03/24/2026
Clerk, U.S. District Court
By:_JAL_Deputy Clerk

Plaintiff's Second Motion and Permission to provide Exhibit Lee's Disciplinary Report To Have on Record follow Any Exhaustion of Remedy Motion by Defendants.

Comes now Plaintiff and Hereby Provide Taggart Lee's Disciplinary Report showing officer Barton and officer Hoass name off this report on March 13, 2025 And or about that date. Please Note Plaintiff and Lee was cell mates and Plaintiff was cuffed up and escorted to the shower. (1)

Plaintiff provides this copy of report to futher establish the follow "Preponderance of evidence", Plaintiff Proffers;

( 1.) Contrary to all submitted Affidavits Claiming "No Report" was found that officers Had Any interaction with Plaintiff officers Hoag and Barton are found on this Report to be either the witness to the events and Facts alleged in this Disciplinary Report, And or Reporting officer who discovered the alleged Contraband in the shower Area.

( 2.) Both Cheatham the Plaintiff and resident Lee was cuffed up and escorted to the shower Area for a strip-Search as in a Segregation Setting per-policy of the K.D.OC. One inmate cannot go with out the other for officers to Search their cells.

(2)

(3.) Plaintiff's Claim of being Pulled through the food port and injured is more likely true then NOT Because Defendants responsible for preparing the Martinez Report, Denied all allegations by Plaintiff on this date, and Claim Plaintiff had NO Movement outside Cell A4 122 on this date of March 13, 2025.

(4). Inmate Taggart Lee's Affidavit was submitted in "Good Faith" as to Having knowledge of the Facts Presented.

Therefore Plaintiff ask this court to review and Reflect and Consider this Inculpatory Evidence presented by Plaintiff and if this court Deems Just, grant Expediate Summary Judgment as Defendants Have NO credible rebuttal to Plaintiffs Evidence (3)

IAS officers Denied all allegations and Administrations position was "No Reports" was Found. Plaintiff also would move to ~~and~~ Mitigate the damages Plaintiff seeks if defendants agree to Stipulating to Plaintiffs claims and Admit to the allegations. Plaintiff also would ask this court if this court deems Just, to either order expert witness to exam Plaintiffs forearm Because Just as Plaintiff ~~alleged~~ has revealed this evidence, Plaintiff can and will regardless of how long, will Prove that all doctor Reports and MRI Results have been deliberately fabricated from the truth and Contain Mis representation of the truth, example, current Results showed Plaintiffs right wrist Imaging and Not forearm Imaging. Plaintiff can prove his injury is Still current and visible, A Expert witness can prove all thats needed to show Plaintiffs deformity in his forearm and likely Cause.

(4)

~~therefore~~ To save the courts time and a drug out Litigation, Plaintiff request Expert witness or instructions How to obtain Expert witness and Last grant plaintiff counsel So Counsel can Handle the Complex part of the next stages of this litigation if defendants wish to proceed.

Respectfully
Submitted

2000 64842.

(5.)