**FILED**
**U.S. District Court**
**District of Kansas**
04/03/2026

**Clerk, U.S. District Court**
**By:__JAL_Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

RYAN CHRISTOPHER CHEATHAM,

    **Plaintiff,**

    v.                    **CASE NO. 25-3091-JWL**

JESSE HOWES, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. The Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment was filed on March 13, 2026. (Doc. 79.) Plaintiff filed his response on March 24, 2026. (Doc. 87.) Defendants' reply is due April 7, 2026. *See* D. Kan. Rule 6.1(d)(1) (responses to dispositive motions are due within 21 days after the motions is served and "[r]eplies must be filed within 14 days after the response is served"). This matter is before the Court on Defendants' Motion for Extension of Time (Doc. 96).

Defendants seek a 7-day extension of time to file their reply due to lead counsel's unexpected illness. (Doc. 96, at 1–2.) For good cause shown, the Court grants the motion.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Extension of Time (Doc. 96) is **granted.** The deadline for Defendants to file a reply to Plaintiff's response to their Motion to Dismiss or, in the Alternative, for Summary Judgment is extended to **April 14, 2026.**

**IT IS SO ORDERED**.

**Dated April 3, 2026, in Kansas City, Kansas.**

                    **S/ John W. Lungstrum**
                    **JOHN W. LUNGSTRUM**
                    **UNITED STATES DISTRICT JUDGE**

1