IN THE UNIted states DistricT Court
for the DISTRict Court.

FILED
U.S. District Court
District of Kansas
04/15/2026

Clerk, U.S. District Court
By:_JAL_Deputy Clerk

Ryan Cheatham
Plaintiff                    5:25-cv-03091-
V.                           JWL.
Jesse Howes


Plaintiff's Objection to the Denial
of Doc 90, 91, 92. 93, 94, Doc.

Comes Now Plaintiff and hereby objects to the
Denials of Doc. 90, 91, 92, 93, and 94.
In support plaintiff proffers,

(1.) Plaintiff has a right to Move for
~~Summary~~ Summary judgment according to
rule 56, of FederAl rules of procedure at Any
time,

(2.) Plaintiff is the Prosecutor in this case
and has determined that Since defendants
denied having any "interactions with Plaintiff on
March 13, 2025", and Lee's DR shows that
both officers wrote the report and witnessed the events
this proves they did have interaction with Plaintiff.
Lee was Plaintiff's cell mate.                    (1)

(3.) Administration also stated there was No Reports of this incident, Contrary to Lees DR Report, Also Administration states theres no report of Any Movement outside Plaintiffs cell on March 13, 2025, Contrary to Lees DR showing Both residents being escorted to the shower area of the cell house.

(4.) Plaintiff doesn't understand why this Court would allow plaintiff to Move for Summary judgment And or enter summary judgment on its Own behalf

(5.) Plaintiff Hereby Objects to all Mentioned Denials.

Therefore Plaintiff objects and also request Courts to Make Finding and facts of Conclusion of Law as to why Plaintiff cant Move for summary judgment, And all other Denials. mentioned. Plaintiff Objects as to rulings due to being Contrary to law and Federal    ( 2.)
rules of 56-