IN THE UNITED STATES DISTRICT Court

FOR THE DISTRICT of Kansas

FILED
U.S. District Court
District of Kansas
04/15/2026
Clerk, U.S. District Court
By: JAL Deputy Clerk

Ryan Cheatham
    Plaintiff

    V.

JESSE HOWES, et al

CASE NO. 25-3091-JWL

submitted for E-file
4-7-26.

Plaintiff's Motion And Objection To defendants Motion for time Extension and Courts order granting defendant an additional Seven days. to reply to plaintiff's Response.

Comes Now Plaintiff and hereby objects to the defendants motion for time extension and the courts order granting defendants 7 seven ) additional days to reply to Plaintiff's response to defendants Motion to dismiss and alternative Motion for Summary Judgment, In support plaintiff proffers;

( 1.) This Court didn't allow plaintiff any opportunity to Challenge the defendants request for time Extension. this Court a day after defendants request granted their motion.

( 2.) Plaintiff Received notice of the request for time Extension, and this courts ruling on 4-7-26. unit-team UTS Whitley gave me both documents on 4-7-26.

(1)

µ2

(3.) under federal civil rules of procedure Rule ⊚⊚⊚ plaintiff has 21 days to respond or othewise specified, However these defendants Had several weeks to file for a time Extension. and didn't (Nor do they provide date lead Attorney pronounced ill.)

(4.) The last Minute request for time extension Made by these defendants, prejudice plaintiff and there is a Manifest injustice present in this Case.

(5.) For this court to grant these defendants a time Extension ~~appellant~~ the very Next day after these defendants filed their Request And this Court Not given plaintiff Any opportunity to oppose the Motion is against ethic practice and rules of Federal procedure, and has created a Manifest injustice in this Matter and prejudice plaintiff. Since Plaintiff gained knowledge the day of the deadline for defendants on 4-7-26.      Therefore plaintiff objects to Courts allowed continuance of April 14, 2026 to defendants, request oral Argument and Moves for default to respond. to plaintiff response. Plaintiff's Response Should be deemed un-Challensed.

      Respectfully
      Submitted

(2.)