**FILED**
**U.S. District Court**
**District of Kansas**

04/15/2026

**Clerk, U.S. District Court**
**By:** __JAL__ **Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

1 of 3

Ryan Cheatham
Plaintiff

CASE# 5:25-CV-03

V.

241-JWL-
Submitted for E-file
4-15-26.

Jesse Howes et al

Motion And objection by Plaintiff of Defendants "Reply To Response to Motion by Defendants Motion to Dismiss, Motion for Summary judgment. (Doc 99)

Comes Now Plaintiff and hereby Objects to the defendants Motion (Doc 99) due to it being a late response. "Business hours are 9:00 Antioqui or 5:00pm, Business Hrs was closed and defendants Missed their deadline to respond. All Staff for clerks office was not there, wouldn't Answer phone calls. officer Hrs are closed Plaintiff futher proffers:

1 of 3  (1)

(1.) Plaintiff had a Motion rejected before in another case, And was told that on deadline dates, Motions Have to be filed during active Business Hours, Not After.

(2.) Defendants waited until After Business hrs to respond,

(3.) Plaintiff's Response should be Consider un-contested

Therefore Plaintiff Objects to Defendants Motion (Doc 99) And States Business Hours for the Clerk was CLOSED And Plaintiffs Response RE 79 Motion, Should be Considered un-contested.

Respectfully
Submitted

3of2 (2.)