01-112

## KDOC_court_file_edcf

| | |
|---|---|
| From: | KSD_CMECF@ksd.uscourts.gov |
| Sent: | Tuesday, April 14, 2026 5:04 PM |
| To: | ksd_nef@ksd.uscourts.gov |
| Subject: | Activity in Case 5:25-cv-03091-JWL Cheatham (ID 2000064842) v. Howes et al Reply to Response to Motion |

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered by Ogletree, Davida on 4/14/2026 at 5:04 PM CDT and filed on 4/14/2026

| | |
|---|---|
| Case Name: | Cheatham (ID 2000064842) v. Howes et al |
| Case Number: | 5:25-cv-03091-JWL |
| Filer: | Jerry Barton |
| | Nathan Hoag |
| Document Number: | 99 |

**Docket Text:**
**REPLY TO RESPONSE TO MOTION by Defendants Jerry Barton, Nathan Hoag re: [79] Motion to Dismiss, Motion for Summary Judgment (Ogletree, Davida)**

**5:25-cv-03091-JWL Notice has been electronically mailed to:**

Davida L. Ogletree    davida.ogletree@ag.ks.gov, Donna.Wells@ag.ks.gov, Gabriella.Ortiz@ag.ks.gov

James Eric Todd    james.todd@ag.ks.gov, donna.wells@ag.ks.gov, gabriella.ortiz@ag.ks.gov

Natasha M. Carter    natasha.carter@ks.gov, Payge.Quintana@ks.gov

3 of 3