**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| RYAN CHRISTOPHER CHEATHAM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 25-3091-JWL** |
| ) | |
| JESSE HOWES, *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO THE TIMING OF THEIR REPLY

Defendants Jerry Barton and Nathan Hoag ("Defendants") submits this Response to Plaintiff's Motion and Objection (Doc. 102) to Defendants' Reply in Support of their Motion to Dismiss or, in the Alternative, for Summary Judgment. (Doc. 99).[1]

Plaintiff's objection to the timing of Defendant's Reply without merit. Pursuant to Federal Rule of Civil Procedure 6(a)(4) regarding the Computing and Extending Time; Time for Motion Papers: *"Last Day" Defined.* Unless a different time is set by a statute, local rule or court order, the last day ends: (A) for electronic filing at midnight in the court's time zone; and (B) for filing by other means, when the clerk's office is scheduled to close." Defendants filed a timely response via electronic filing before, "midnight in the court's time zone." Fed. R. Civ. P. 6(a)(4)(A) and paragraph 6(a)(4)(B) does not apply in this circumstance. Defendants timely filed their Reply and it should be considered by the Court in its deliberation of Defendants Motion to Dismiss. (Doc. 79).

For these reasons, Defendant requests this Court enter an Order denying Plaintiff's Motion

---

[1] Defendants have construed Plaintiff's Motion and Objection as a motion to strike Defendant's Reply and offers this Response.

and Objection (Doc. 102), and any further relief this Court deems just and proper

Respectfully Submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS


/s/ Davida L. Ogletree
Davida L. Ogletree, KS Sup Ct. No. 31004
Assistant Attorney General
James Eric Todd, KS Sup Ct. No. 24297
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email:  davida.ogletree@ag.ks.gov
Email:  james.todd@ag.ks.gov
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042


/s/Davida L. Ogletree
Davida L. Ogletree
Assistant Attorney General