IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RYAN CHRISTOPHER CHEATHAM, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 25-CV-3091-JWL** |
| v. | ) |
| | ) |
| JESSE HOWES, *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

---

## DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION AND OBJECTION, AND PLAINTIFF'S SUR-REPLY

---

COMES NOW Defendants Jerry Barton and Nathan Hoag ("Defendants"), by and through Assistant Attorney General James Eric Todd, respectfully submits this Response to Plaintiff's Motion and Objection (Doc. 102) and to Plaintiff's Sur-Reply (Doc. 105). In support the Defendants state the following:

1.      Defendants requests that the Court deny Plaintiff's Motion and Objection and Plaintiff's Sur-Reply. (Docs. 104 and 105).

### STATEMENT OF FACTS

2.      Plaintiff filed his complaint on May 12, 2025. (Doc. 1)

3.      On June 27, 2025, the Court entered an Order for the Plaintiff to show cause why the Plaintiff Complaint should not be dismissed and for the Plaintiff to file a complete and proper amended complaint by July 28, 2025. (Doc. 7)

4.      On July 31, 2025, Plaintiff filed Plaintiff's First Amended Complaint. (Docs.18)

5.      On September 2, 2025, the Court entered an Order for the Plaintiff to show cause why the Plaintiff Complaint should not be dismissed and for the Plaintiff to file a complete and proper amended complaint by October 2, 2025. (Doc. 23)

6.      On September 30, 2025, Plaintiff filed Plaintiff's First Amended Complaint. (Doc. 34)

7.      On October 27, 2025, the Court entered an Order dismissing some of the claims in Plaintiff's Amended Complaint and requested the submission of a *Martinez* report to review in screening the remaining claims. (Doc. 36).

8.      On October 27, 2025, the Court entered a Service Order notifying the Kansas Attorney General and the KDOC. (Doc. 37).

9.      The *Martinez* report was filed on January 30, 2026. (Doc. 54)

10.     On February 13, 2026, the Court entered an ordered granting the Defendants until March 13, 2026, to file a disposition motion on the issue of exhaustion. (Doc. 64)

11.     On March 13, 2026, the Defendants filed Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment ("Defendant's Motion"). (Doc. 79)

12.     On March 24, 2026, Plaintiff filed his Response to Defendant's Motion. (Doc. 87)

13.     On April 2, 2026, Defendants' filed Motion for extension of time to file their Reply, which was granted on April 3, 2026. (Docs. 96 and 97)

14.     On April 14, 2026, Defendants filed their Reply in Support of Defendant's Motion. (Doc. 99)

15.     On April 15, 2026, Plaintiff filed his Objection to Defendants Reply (Doc. 99). (Doc. 102)

16.     On April 22, 2026, Defendants filed their Response to Plaintiff's Objection (Doc. 102). (Doc. 103)

17.     On April 27, 2026, Plaintiff filed another Motion and Objection. (Doc. 104)

18.     On May 4, 2026, Plaintiff filed his Sur-Reply to Defendant's Motion. (Doc. 105)

## ARGUMENT

19.     The Defendants deadline to file their Reply in Support of Defendant's Motion was April 14, 2026. (Doc. 97)

20.     Plaintiff has filed Doc. 105 as a Sur-Reply to Defendants Reply in Support. (Doc. 105)

21.     Local rule 7.1 does not provide for sur-replies. Local rule 15.1 outlines the process for requesting leave to file a pleading that may not be filed as a matter of right.

22.     Plaintiff did not request leave to file his sur-reply and the Defendants requests that the Court not consider it in the Court's deliberation of Defendants' Motion. (Doc. 79)

23.     Plaintiff also filed Doc. 104, as another Motion and Objection similar to Doc. 102.

24.     The Defendants' adopt the arguments stated in Doc. 103, which was filed in Response to Doc. 102. The Plaintiff's objections raised in Doc. 104 are without merit. Defendant's Reply (Doc. 99) was timely filed and the Defendants ask the Court to consider it in the Court's deliberation on Defendant's Motion, Doc. 79.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court deny Plaintiff's Motion and Objection (Doc. 104), Deny Plaintiff's Sur-reply (Doc. 105), and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ James Eric Todd
James Eric Todd, KS No. 24297
Assistant Attorneys General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
James.todd@ag.ks.gov
Tel:    (785) 296-2215
Fax:    (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, and that a copy was sent to Plaintiffs *pro se* by ordinary mail addressed to:

Ryan Christopher Cheatham #2000064842
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

/s/ James Eric Todd
James Eric Todd
Assistant Attorney General

4